IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DB STRUCTURED PRODUCTS, INC.; *et al.*,<br><br>    Defendants. | Civil Action No. 3:11-30039-MGM |

**PLAINTIFF'S MOTION FOR ADMISSIBILITY OF LOAN FILES PRODUCED BY DEUTSCHE BANK SECURITIES INC. AND MORTGAGEIT, INC.**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"), pursuant to Rules 803(6) and 807 of the Federal Rules of Evidence, hereby moves this Court for an order deeming admissible at trial the loan files produced in this action by Defendant Deutsche Bank Securities Inc. ("Deutsche Bank") and its corporate affiliate, MortgageIT, Inc. ("MortgageIT"), or in the alternative, an order compelling these entities to produce qualified custodians for depositions regarding the admissibility of the loan files absent their production of business records certifications pursuant to Federal Rules of Evidence 803(6) and 902(11).

This Motion is based upon MassMutual's accompanying Memorandum of Law in Support of Its Motion for Admissibility of Loan Files Produced by Deutsche Bank Securities Inc. and MortgageIT, Inc., the Declaration of Molly Stephens and exhibits thereto, pleadings on file in this action, any matters of which the Court may take judicial notice, and any such further evidence or argument as may be presented on this Motion.

This Motion is made in conformity with Local Rules 7.1(a) and 37.1(a). MassMutual has attempted to resolve the issues presented in this Motion without the Court's intervention, including by meeting and conferring telephonically with counsel for Deutsche Bank and MortgageIT on May 12 and 22, 2015, but the parties are at an impasse with respect to the issues.

DATED: June 12, 2015

By: /s/ Molly Stephens

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100


EGAN, FLANAGAN AND COHEN, P.C.
John J. Egan (BBO 151680)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Fax: (413) 737-0121

*Attorneys for Massachusetts Mutual Life Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 12th day of June, 2015.

                                    */s/ Molly Stephens*_____