**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>DB STRUCTURED PRODUCTS, INC.; *et al.*,<br><br>                    Defendants. | Civil Action No. 3:11-30039-MGM |

**DECLARATION OF MOLLY STEPHENS IN SUPPORT OF
PLAINTIFF'S MOTION FOR ADMISSIBILITY OF LOAN FILES PRODUCED BY
DEUTSCHE BANK SECURITIES INC. AND MORTGAGEIT, INC.**

I, Molly Stephens, make this declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1. I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual").  I am admitted *pro hac vice* in the above-captioned action.  I respectfully submit this declaration in support of Plaintiff's Motion for Admissibility of Loan Files Produced by Deutsche Bank Securities Inc. and MortgageIT, Inc.  I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Patrick McEnerney, taken on April 30, 2014 in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of MassMutual's First Set of Requests for Production to Deutsche Bank Securities Inc., dated December 6, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to MortgageIT, Inc., issued by MassMutual on May 23, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Mark Gordon, Quinn Emanuel Urquhart & Sullivan, LLP, to Erik Risendal, Simpson Thacher & Bartlett, LLP, dated July 2, 2014.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email from Claire Hausman, Quinn Emanuel Urquhart & Sullivan, LLP, to Erik Risendal, Simpson Thacher & Bartlett, LLP, dated October 22, 2014.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Claire Hausman, Quinn Emanuel Urquhart & Sullivan, LLP, to attorneys from Simpson Thacher &

Bartlett, LLP, counsel for Deutsche Bank Securities Inc. and MortgageIT, Inc., dated April 23, 2015.

8. Attached hereto as Exhibit 7 is a true and correct copy of an email from Claire Hausman, Quinn Emanuel Urquhart & Sullivan, LLP, to Erik Risendal and Meredith Duffy, Simpson Thacher & Bartlett, LLP, dated May 12, 2015. MassMutual has not received a response to this email.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email from Elizabeth Gudis, Simpson Thacher & Bartlett, LLP, to Karen Bobrow, Quinn Emanuel Urquhart & Sullivan, LLP, dated May 27, 2015.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Doug W. Naidus, taken December 3, 2013 in *Federal Housing Finance Agency v. Deutsche Bank, AG., et al*, Case No. 11-cv-6192 (DLC) (S.D.N.Y).

11. Attached hereto as Exhibit 10 is a true and correct copy of a MortgageIT Lending Guide, which was introduced as Exhibit 5555 at the deposition of Patrick McEnerney, taken on April 30, 2014 in this action.

12. In response to document requests or subpoenas served by MassMutual, Defendant Deutsche Bank Securities, Inc. ("Deutsche Bank") and 30 non-party originators and servicers collectively produced 1,391 loan files for the sample loans to be reunderwritten by MassMutual's expert (the "Sample Loans"). Of those 1,391 loan files, Deutsche Bank produced 19 loan files, and MortgageIT, Inc. ("MortgageIT") produced 138 loan files.

13. MassMutual has obtained business records certifications in compliance with Federal Rules of Evidence 803(6) and 902(11) from 26 entities that produced 1,115 loan files in this action. MassMutual has not obtained business records certifications from the following five

entities that produced the remaining loan files for Sample Loans in this case: Deutsche Bank, MortgageIT, Citadel LLC, Millennium Bank, N.A., and New Century Liquidating Trust.

14. Citadel LLC ("Citadel) agreed to produce a business records certification on June 9, 2015, after 10 weeks of negotiations. Attached hereto as Exhibit 11 is a true and correct copy of an email from Christine Mundia, counsel for Citadel, to Claire Hausman, Quinn Emanuel Urquhart & Sullivan, LLP, attaching a business records certification and stating "we plan to execute by tomorrow." Attached hereto as Exhibit 12 is a true and correct copy of the response from Claire Hausman to Christine Mundia on the same day stating, "This looks sufficient. We look forward to receiving an executed version tomorrow." Citadel did not send an executed business records certification the next day. Instead, it indicated it would not be providing a business records certification, citing discussions with Deutsche Bank. Attached hereto as Exhibit 13 is a true and correct copy of an email from Christine Mundia, dated June 10, 2015, refusing to provide the business records certification based on Citadel's discussions with the parties.

15. I am informed that Millennium Bank, N.A. is a defunct originator in FDIC receivership, and therefore was unable provide a business records certification.

16. I am informed that the New Century Liquidating Trust is successor to defunct originator New Century Mortgage Corp., and therefore was unable provide a business records certifications.

17. Attached hereto as Exhibit 14 is a true and correct copy of the Stipulation Regarding Authenticity of Documents, dated July 3, 2014, between MassMutual, Deutsche Bank, and the four individual defendants in the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 12th day of June, 2015, at Los Angeles, California.

                                                                /s/ *Molly Stephens*
                                                                Molly Stephens

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 12th day of June, 2015.

                                      */s/ Molly Stephens*
                                      Molly Stephens