# Exhibit 1

1

2     IN THE UNITED STATES DISTRICT COURT

3       FOR THE DISTRICT OF MASSACHUSETTS

4    ------------------------------------------

5    MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

6              Plaintiff,      No. 3:11-cv-30039 (MAP)

7    v.

8    DB STRUCTURED PRODUCTS, et al.,

9              Defendants.

10   ------------------------------------------

11   MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

12             Plaintiff,      No. 3:11-cv-30285 (MAP)

13   v.

14   MERRILL LYNCH, PIERCE,

15   FENNER & SMITH INC., et al.,

16             Defendants.

17   ------------------------------------------

18

19                   VIDEOTAPED

20        DEPOSITION OF PATRICK McENERNEY

21             New York, New York

22        Wednesday, April 30, 2014

23

24   Reported by:

     FRANCIS X. FREDERICK, CSR, RPR, RMR

25   JOB NO. 72704

1

2

3

4                        April 30, 2014

5                          9:00 a.m.

6

7

8             Videotaped deposition of PATRICK

9       McENERNEY, held at the offices of Quinn,

10      Emanuel, Urquhart & Sullivan, LLP, 51

11      Madison Avenue, New York, New York,

12      pursuant to Notice, before Francis X.

13      Frederick, a Certified Shorthand

14      Reporter, Registered Merit Reporter and

15      Notary Public of the States of New York

16      and New Jersey.

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S:

3

4        QUINN EMANUEL URQUHART & SULLIVAN

5        Attorneys for Plaintiff, Massachusetts

6        Mutual Life Insurance Company

7             865 South Figueroa Street

8             Los Angeles, California  90017

9        BY:   CLAIRE HAUSMAN, ESQ.

10

11       SIMPSON THACHER & BARTLETT

12       Attorneys for Deutsche Bank

13            425 Lexington Avenue

14            New York, New York  10017

15       BY:   DAVID WOLL, ESQ.

16            AMANDA-JANE THOMAS, ESQ.

17

18

19

20

21

22

23

24   ALSO PRESENT:

25        LEM LATTIMER, Videographer

1              PROCEEDINGS

2         THE VIDEOGRAPHER:  This is the

3    tape number one of the videotaped

4    deposition of Patrick McEnerney in the

5    matter of Mass Mutual Life Insurance

6    versus Deutsche Bank Structured Products

7    Incorporated, Merrill Lynch Pierce

8    Fenner & Smith Incorporated.  The action

9    numbers for this case are D. Mass. 30039

10   and D. Mass. 30285.

11        We are now going on the record.

12   The time is 9:19 a.m.

13        Would counsel please state their

14   appearances for the record.

15        MS. HAUSMAN:  Claire Hausman for

16   Massachusetts Mutual Life Insurance

17   Company.

18        MR. WOLL:  David Woll from Simpson

19   Thacher for the witness and the Deutsche

20   Bank defendants.

21        MS. THOMAS:  Amanda-Jane Thomas

22   from Simpson Thacher for the witness and

23   the Deutsche Bank defendants.

24        THE VIDEOGRAPHER:  Will the court

25   reporter please swear in the witness in.

1                        P. McENERNEY

2    P A T R I C K   M c   E N E R N E Y,   called

3         as a witness, having been duly sworn by

4         a Notary Public, was examined and

5         testified as follows:

6    EXAMINATION BY

7    MS. HAUSMAN:

8         Q.    Mr. McEnerney, my name is Claire

9    Hausman.  As I just stated, I represent

10   Massachusetts Mutual Life Insurance Company in

11   this litigation.

12        A.    Okay.

13        Q.    Would you please state your full

14   name?

15        A.    Patrick McEnerney.

16        Q.    And, Mr. McEnerney, have you been

17   deposed before?

18        A.    Yes.

19        Q.    In what case have you previously

20   been deposed?

21        A.    I've been deposed in two cases.

22        Q.    And why don't you give me the most

23   recent case you've been deposed in.

24        A.    I believe it was the Federal Home

25   Loan Bank of Seattle.

1                       P. McENERNEY

2       Q.    And is it fair to say that during

3  those 30 years your background has been in

4  overseeing credit and underwriting operations

5  for residential mortgage companies?

6             MR. WOLL:  Object to the form.

7       A.    Over that time it has included

8  overseeing at times origination and

9  underwriting of residential mortgage loans.

10      Q.    So during your 30 years of

11 experience have you observed that there are

12 certain loan characteristics that are

13 associated with a higher likelihood of

14 default?

15            MR. WOLL:  Object to the form.

16      A.    There are a number of

17 characteristics that are associated with

18 increased probability of default.

19      Q.    What are those characteristics?

20            MR. WOLL:  Object to the form.

21      A.    From what I have seen from

22 statistics a credit score is the -- would be

23 the factor that would be perceived to have the

24 closest correlation to a probability of

25 default.

1          P. McENERNEY

2      Q.    Can you think of any other loan

3  characteristics besides credit score that are

4  associated with a higher likelihood of

5  default?

6           MR. WOLL:  Object to the form.

7      A.    There are other characteristics

8  associated with probability of default.  The

9  significance of those have varied in the data

10  that I've seen.

11      Q.    What are those characteristics?

12      A.    There are a number of them.  But

13  they would include things like a

14  debt-to-income ratio, which may or may not

15  drive a higher level of default.

16      Q.    Can you think of anything else

17  besides debt-to-income ratio?

18      A.    There'd be numerous other

19  characteristics in a loan file that an

20  underwriter would look at and they'd look at

21  the totality of the loan in making a judgment.

22      Q.    Would an underwriter look at the

23  loan-to-value ratio as part of making a

24  judgment about the risk of the loan?

25           MR. WOLL:  Object to the form.

P. McENERNEY

1

2     A.     An underwriter would look at the

3  loan-to-value ratio generally in assessing the

4  compliance with underwriting guidelines.

5     Q.     What was your next position after

6  working for various BNY mortgage affiliates?

7     A.     I joined MortgageIT.

8     Q.     What year did you join MortgageIT

9  in?

10    A.     In 2006.

11    Q.     What was your first position at

12  MortgageIT?

13    A.     Chief Operating Officer.

14    Q.     Did you old any other positions

15  while at MortgageIT?

16    A.     I held titles in other legal

17  entities.

18    Q.     What were those titles?

19    A.     I don't recall all of them.

20    Q.     What were the other legal entities

21  that you had titles at?

22    A.     Without saying conclusively I

23  recall all of them, it would have included MHL

24  Reinsurance, which was a reinsurance product

25  that we operated and I would have been

1                    P. McENERNEY

2    Reinsurance.   There's a series of other ones

3    whose precise written name is DB Alt-A

4    Securities I believe is the name one of them.

5    Sharps is another.

6         Q.    Okay.  Let's start with DB

7    Structured Products.

8         A.    Um-hum.

9         Q.    What is your title or position at

10   DB Structured Products?

11        A.    I am President DB Structured

12   Products.

13        Q.    When did you become president of

14   DB Structured Products?

15        A.    I believe it was around 2010 or

16   2011.

17        Q.    When did you first have a title or

18   position at Deutsche Bank Securities, Inc.?

19        A.    In 2009.

20        Q.    What was your title at Deutsche

21   Bank Securities, Inc. in 2009?

22        A.    Managing Director.

23        Q.    What were your responsibilities as

24   Managing Director at Deutsche Bank Securities

25   in 2009?

1                      P. McENERNEY

2      A.   In 2009 at Deutsche Bank

3 Securities I held the position of managing a

4 group that was called Contract Finance in the

5 RMBS area.

6      Q.   Did your position at Deutsche Bank

7 Securities, Inc. in 2009 relate to residential

8 mortgage-backed securities?

9      A.   There were aspects of the position

10 that related to residential mortgage-backed

11 securities.

12      Q.   When did you cease being an

13 employee of MortgageIT?

14      A.   I have not ceased being an officer

15 of MortgageIT.  So let me clarify.

16      Q.   Oh, okay.

17      A.   I was Chief Operating Officer of

18 MortgageIT in 2006 and 2007.  In early 2008 I

19 moved to Deutsche Bank Americas Holdings and I

20 held no position in MortgageIT.  In 2009 I

21 returned to the RMBS group and at some point

22 in 2009 or '10, perhaps '11, I assumed the

23 position of President of MortgageIT.  I'm not

24 sure exactly what year.

25      Q.   Okay.  I'm a little confused.  I

1          P. McENERNEY

2    thought I had previously asked you whether

3    MortgageIT was still an operating entity and

4    you said it was not.

5          A.    That's correct.

6                MR. WOLL:  Object to the form.

7          Q.    So as current President of

8    MortgageIT what does your position entail?

9          A.    And maybe we need to define what

10   operating entity is.

11         Q.    Um-hum.

12         A.    It's not engaged in any active new

13   business at this time.

14         Q.    Does MortgageIT plan to engage in

15   originating residential mortgage loans in the

16   future?

17               MR. WOLL:  Object to the form.

18         A.    I do not believe so, no.

19         Q.    I'd like to go back to your

20   position at MortgageIT during the 2006 to 2007

21   time period.

22               Or I'm sorry.  Did you first

23   become an employee of MortgageIT in 2006?

24         A.    Yes.

25         Q.    What did your responsibilities as

1           P. McENERNEY

2  Chief Operating Officer at MortgageIT in 2006

3  and 2007 include?

4       A.    I had responsibility generally for

5  activities of the loan after it closed and our

6  operating platform.  And then a variety of

7  other support functions, which included things

8  like technology.  And a number of other

9  miscellaneous functions as well.

10      Q.    Okay.  You said your

11  responsibilities included responsibilities for

12  loans after they closed.

13      A.    That's correct.

14      Q.    What were your responsibilities

15  related to loans after they closed?

16      A.    I want to be clear.  It included.

17  So after a loan had closed that loan would be

18  delivered to an operating center that I had

19  direct responsibility for and the operating

20  center would review those loan files, make

21  certain loan -- load certain information onto

22  systems and facilitate the sale -- delivery

23  and sale of that loan to an investor.

24      Q.    What was involved in the review

25  process for loans that went to the operating

```
1                    P. McENERNEY

2      further questions.

3              THE WITNESS:  Okay.

4              MS. HAUSMAN:  Thank you for your

5      time and I hope you make your call.

6              THE VIDEOGRAPHER:  The time is

7      5:47 p.m.  We are coming off the record.

8              (Time Noted:      5:47 p.m.)

9

10

11

12

13

14

15

16

17

18

19                 PATRICK McENERNEY

20

21     Subscribed and sworn to before me

22     this 30ᵗʰ day of   July   , 2014.

23

24
       _____
                    MARKO LUKIN
25               Notary Public, State of New York
                     No. 01LU6114632
                Qualified in New York County
              Commission Expires 06/23/2016
```

Page 318

1

2          C E R T I F I C A T E

3   STATE OF NEW YORK      )

4                          : ss.

5   COUNTY OF NEW YORK     )

6          I, FRANCIS X. FREDERICK, a

7   Notary Public within and for the State

8   of New York, do hereby certify:

9          That PATRICK McENERNEY, the

10  witness whose deposition is

11  hereinbefore set forth, was duly sworn

12  by me and that such deposition is a

13  true record of the testimony given by

14  the witness.

15         I further certify that I am not

16  related to any of the parties to this

17  action by blood or marriage, and that

18  I am in no way interested in the

19  outcome of this matter.

20         IN WITNESS WHEREOF, I have

21  hereunto set my hand this 1st day of

22  May, 2014.

23

24         _____

25              FRANCIS X. FREDERICK

```
 1

 2     ---------------- I N D E X ------------------

 3     WITNESS                EXAMINATION BY        PAGE

 4     PATRICK McENERNEY    MS. HAUSMAN              5

 5

 6

 7

 8

 9     ----------- INFORMATION REQUESTS -------------

10     DIRECTIONS:  NONE

11     RULINGS:  NONE

12     TO BE FURNISHED:  NONE

13     REQUESTS:  NONE

14     MOTIONS:  NONE

15

16

17

18

19

20

21

22

23

24

25
```

1

2    ------------------ EXHIBITS ------------------

3    EXHIBIT                                  FOR ID.

4    Exhibit 5548

5    Deposition Background Questionnaire..... 14

6    Exhibit 5549

7    document bearing production

8    numbers MMDB_2112314

9    through MMDB_2112450.................... 47

10   Exhibit 5550

11   document bearing production

12   numbers MMDB_1890071

13   through MMDB_1890090.................... 54

14   Exhibit 5551

15   document bearing production

16   numbers MMDB_2421568

17   through MMDB_2421590.................... 63

18   Exhibit 5552

19   document bearing production

20   numbers MMDB_2157286

21   through MMDB_2157326.................... 76

22   Exhibit 5553

23   document bearing production

24   number MMDB_1399641.................... 91

25

1

2        ----------------- EXHIBITS ------------------

3        EXHIBIT                              FOR ID.

4        Exhibit 5554

5        document bearing production

6        numbers MMDB_2112026

7        through MMDB_2112164.................... 115

8        Exhibit 5555

9        document bearing production

10       numbers ML_MassMutual_285-00573189

11       through ML_MassMutual_285-00573393...... 121

12       Exhibit 5556

13       Prospectus Supplement................... 136

14       Exhibit 5557

15       document bearing production

16       numbers MMDB_2113290

17       through MMDB_2113331.................... 220

18       Exhibit 5558

19       document bearing production

20       numbers MMDB_0832510

21       through MMDB_0832530.................... 226

22       Exhibit 5559

23       document bearing production

24       numbers MMDB_0839335

25       through MMDB_0839355.................... 228

Page 322

1

2    ------------------ EXHIBITS ------------------

3    EXHIBIT                                FOR ID.

4    Exhibit 5560

5    document bearing production

6    numbers MMDB_1889978

7    through MMDB_1889980.................... 252

8    Exhibit 5561

9    document bearing production

10   numbers MMDB_2437192

11   through MMDB_2437193.................... 260

12   Exhibit 5562

13   document bearing production

14   numbers MMDB_2112916

15   through MMDB_2112926.................... 276

16   Exhibit 5563

17   document bearing production

18   numbers MMDB_2112467

19   through MMDB_2112479.................... 295

20   Exhibit 5564

21   document bearing production

22   numbers MMDB_2104369

23   through MMDB_2104401.................... 298

24

25

1

2      ------------------ EXHIBITS ------------------

3      EXHIBIT                                 FOR ID.

4      Exhibit 5565

5      document bearing production

6      numbers MMDB_1890339

7      through MMDB_1890373.................... 305

8      Exhibit 5566

9      document bearing production

10     numbers MMDB_1950389

11     through MMDB_1950433.................... 313

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DB STRUCTURED PRODUCTS, INC., et al., <br><br><br> Defendants. | ) Civil Action No. 3:11-30039-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al. <br><br><br> Defendants. | ) Civil Action No. 3:11-30285-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ERRATA SHEET FOR THE DEPOSITION OF PATRICK MCENERNEY TAKEN APRIL 30, 2014**

| Page:Line | Original | Correction | Reason |
|---|---|---|---|
| Universal | FHOB Seattle | FHLB Seattle | Correction |
| Universal | "Deutsche Bank Securities, Inc." | "Deutsche Bank Securities Inc." | Correction |
| Universal | "MHL Insurance" | "MHL Reinsurance" | Correction |
| Universal | "DataTrack" | "DataTrac" | Correction |
| Universal | "precedent" | "precedence" | Correction |
| Universal | "Philip Kukafka" | "Phillip Kukafka" | Correction |
| Universal | "PriceLine" | "Priceline" | Correction |
| 6:4-5 | "Federal Home Loan Bank of San Francisco" | "Federal Home Loan Bank of Seattle" | Correction |
| 11:16 | "Clair" | "Claire" | Correction |
| 19:12-13 | "and NBS Clearing Corp." | "and MBS Clearing Corp." | Correction |
| 21:9 | "branches and the" | "branches and" | Correction |
| 22:2 | "Loan applications exceptions" | "Loan applications' exceptions" | Clarification |
| 22:15 | "As BNY Mortgage" | "At BNY Mortgage" | Correction |
| 24:5, 13, 19, 24 | "PriceLine" | "Priceline" | Correction |
| 31:24 | "reinsurance product" | "reinsurance company" | Correction |
| 34:11 | "President DB Structured" | "President of DB Structured" | Correction |
| 39:16 | "necessary document" | "necessary documents" | Correction |
| 40:10 | "Indie Mac" | "IndyMac" | Correction |
| 42:12 | "Tasenary" | "Tassinari" | Correction |

| Page:Line | Original | Correction | Reason |
|---|---|---|---|
| 43:5 | "facilitates group" | "facilities group" | Correction |
| 43:16 | "I remain" | "I remained" | Correction |
| 44:18 | "Glen Morrity" | "Glen Mouridy" | Correction |
| 75:19 | "Cammaroto" | "Commaroto" | Correction |
| 75:20 | "Yung Peek" | "Hyung Peak" | Correction |
| 81:17 | "recall a specific around" | "recall a specific event around" | Correction |
| 84:15 | "any specifics" | "any specific" | Correction |
| 87:2 | "scenario I can remember" | "scenario -- I can remember" | Clarification |
| 96:23 | "Jack Raden" | "Jack Radin" | Correction |
| 99:18 | "judgment to may not" | "judgment to it may not" | Correction |
| 100:16 | "model than they would" | "model that they would" | Correction |
| 110:25 | "the signatory on it" | "the signatory on.  It" | Correction Clarification |
| 119:15 | ML_MassMutual_285-00573393 | ML_MassMutual_285-00573293 | Correction |
| 147:19-20 | "So you a can have" | "So you can have" | Correction |
| 171:6 | "you're going tote go" | "you're going to get" | Correction |
| 171:9-10 | "make a loans that's outside of those guidelines you see won't" | "make a loan that's outside of those guidelines you won't" | Correction |
| 171:13 | "capital marks" | "capital markets" | Correction |
| 172:9 | "this loan the Chase" | "this loan to Chase" | Correction |
| 172:24 | "they know have" | "they know they have" | Correction |
| 173:14 | "I can't stated" | "I can't state" | Correction |
| 173:19 | "variance and underwriting" | "variance from underwriting" | Correction |
| 178:12 | "I sort of circle back to there does" | "I'd sort of circle back to there it does" | Correction |
| 184:5 | "in isolation is isn't" | "in isolation isn't" | Correction |
| 187:13 | "loans were the" | "loans where the" | Correction |
| 188:21 | "at the time was not predictive" | "at the time -- was not predictive" | Clarification |
| 195:13 | "guides automated" | "guides.  Automated" | Correction |
| 203:15 | "based on -- the loan on was" | "based the loan on was" | Clarification |
| 213:10 | "given us our guidelines" | "given us their guidelines" | Correction |
| 217:5 | "In late 2000" | "In late 2006" | Clarification Correction |
| 221:6-7 | "send out an e-mail.  So this would have been" | "send out e-mails.  So this would not have been" | Correction |
| 222:8 | "I have No. reason to doubt that." | "I have no reason to doubt that." | Correction |
| 235:18 | "Depending onto the" | "Depending on the" | Correction |
| 246:23 | "and the there's an ultimate" | "and there's an ultimate" | Correction |
| 247:12 | "busied on our" | "based on our" | Correction |
| 247:24 | "Most of that in the initial" | "Most of that -- the initial" | Correction Clarification |
| 249:24-250:2 | "that money to the next phase.  A perfectly good loan that meant if one kicks it" | "that loan to the next trade.  Even if it's a perfectly good loan that met two of our three investors' standards, if one kicks it" | Correction |
| 274:6 | "the I away." | "the way." | Correction |
| 274:12 | "much more quality" | "much more quickly" | Correction |
| 289:25 | "things in 2099 but in 2006" | "things in 1999 but by 2006" | Correction |
| 297:5-6 | "also in inclusive." | "also inconclusive." | Correction |
| 299:25 | "normally had any responsibility" | "no longer had any responsibility" | Correction |
| 302:6-7 | "I was an entirely" | "I was in an entirely" | Correction |
| 311:16 | "an automated head of data." | "an automated review of data." | Clarification Correction |
| 321:11 | ML_MassMutual_285-00573393 | ML_MassMutual_285-00573293 | Correction |

3

_____
Patrick McEnerney

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 30ᵗʰ DAY OF
July, 2014.

_____
NOTARY PUBLIC

MARKO LUKIN
Notary Public, State of New York
No. 01LU6114632
Qualified in New York County
Commission Expires 08/23/20 16