# Exhibit 4

# Karen Bobrow

| | |
|---|---|
| **From:** | Mark Gordon |
| **Sent:** | Wednesday, July 02, 2014 2:39 PM |
| **To:** | 'Erik Risendal (erisendal@stblaw.com)' |
| **Cc:** | MassMutual-3rd Party Discovery |
| **Subject:** | Business Records Affidavit - MortgageIT, Inc. |
| **Attachments:** | 6063828_1_MortgageIT, Inc. Business Records Affidavit (D. Mass.).DOCX |

Erik,

Thank you for speaking with me today regarding the Business Records Affidavit to be completed and executed by MortgageIT, Inc.. As we discussed, please review the attached affidavit, complete the information requested in the bracketed text and make any other changes necessary to ensure that it is accurate. The affidavit needs to be executed and notarized and then returned to me. Feel free to contact me with any questions. Thank you for your cooperation in this matter.

Regards,

**Mark Gordon**
*Contract Attorney,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
646-393-4375 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
markgordon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.