# Exhibit 6

## Karen Bobrow

| | |
|---|---|
| **From:** | Claire Hausman |
| **Sent:** | Thursday, April 23, 2015 3:32 PM |
| **To:** | List-STB_MassMutual |
| **Cc:** | MassMutual |
| **Subject:** | MassMutual v. DB Structured Products, Inc. et al, No. 3:11-cv-30039-MGM |
| **Attachments:** | 6706368_1_MortgageIT Inc Business Records Affidavit (D  Mass ).DOCX |

Counsel,

Over nine months ago, we sent you a short, simple business records affidavit regarding the loan files that MortgageIT, an affiliate of Defendant Deutsche Bank Securities Inc. ("Deutsche Bank"), produced in the *MassMutual* actions, and requested that MortgageIT execute it.  Since then, we have received no response from you despite various follow-up emails and calls.  MortgageIT has no legitimate basis for refusing to execute a business records affidavit, which will avoid the unnecessary burden and expense of depositions for the purpose of certifying business records and which will streamline the presentation of evidence at trial.  For those reasons, numerous third parties have executed business records affidavits regarding their productions in this action.

Please provide an executed business records affidavit by Thursday, April 30, 2015.  If MortgageIT refuses to do so, MassMutual will have no choice but to seek relief from the Court to address this failure.

Regards,

**Claire Hausman**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3179 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ClaireHausman@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.