# Exhibit 7

# Karen Bobrow

| | |
|---|---|
| **From:** | Claire Hausman |
| **Sent:** | Tuesday, May 12, 2015 1:04 PM |
| **To:** | Risendal, Erik J.; Duffy, Meredith C; List-STB_MassMutual |
| **Cc:** | MassMutual |
| **Subject:** | MassMutual v. DB Structured Products, Inc. et al, No. 3:11-cv-30039-MGM |

Erik and Meredith,

I write to confirm the meet and confer call this morning regarding MassMutual's request that MortgageIT execute a short, simple business records affidavit regarding the loan files that MortgageIT, an affiliate of Defendant Deutsche Bank Securities Inc. ("Deutsche Bank"), produced in the *MassMutual* actions. On the call, MortgageIT again did not agree to execute a business records affidavit, arguing that because the loan files may contain documents prepared by others, it cannot certify that the loan files it created and maintained were its business records. That is not the law, and MassMutual cannot wait any longer for this matter to be resolved.

By May 18, 2015, please provide a business records affidavit executed by MortgageIT that complies with Federal Rule of Evidence 803(6), as we have been requesting for over nine months. Alternatively, we will accept a stipulation on behalf of defendants that the loan files that MortgageIT produced are admissible at trial. Otherwise, MassMutual will have no choice but to seek relief from the Court to address this failure.

Regards,

**Claire Hausman**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3179 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ClaireHausman@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.