# Exhibit 9

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

                   Plaintiff,

  -against-       11 Civ. 6192(DLC)

DEUTSCHE BANK AG; TAUNUS CORPORATION;
DB STRUCTURED PRODUCTS, INC.; DEUTSCHE
BANK SECURITIES INC.; ACE SECURITIES
CORP.; MORTGAGEIT SECURITIES CORP.;
DOUGLAS K. JOHNSON; EVELYN ECHEVARRIA;
AND JULIANA C. JOHNSON,

                  Defendants.

------------------------------------x

                December 3, 2013
                9:05 a.m.

    Videotaped Deposition of DOUG W.

NAIDUS, taken by Plaintiff, pursuant to

Notice, at the offices of Kobre & Kim LLP,

800 Third Avenue, New York, New York,

before ERIC J. FINZ, a Shorthand Reporter

and Notary Public within and for the State

of New York.

MMDB_2443231

```
 1

 2     A P P E A R A N C E S:

 3     QUINN EMANUEL URQUHART & SULLIVAN LLP
       Attorneys for Plaintiff
 4          51 Madison Avenue
            New York, New York 10010
 5
       BY:  KAREN V. GOFF, ESQ.
 6          (karengoff@quinnemanuel.com)
                 -and-
 7          ISABELLE FOUCARD, ESQ.
            (isabellefoucard@quinnemanuel.com)
 8

 9
       SIMPSON THACHER & BARTLETT LLP
10     Attorneys for Defendants
            425 Lexington Avenue
11          New York, New York 10017-3954

12     BY:  THOMAS C. RICE, ESQ.
            (trice@stblaw.com)
13               -and-
            MICHAEL SILVER, ESQ.
14          (msilver@stblaw.com)

15

16     ALSO PRESENT:

17          DAVID PELOZA, Videographer

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL                                    MMDB_2443232

```
 1                  DOUG W. NAIDUS
 2          THE VIDEOGRAPHER:  At the outset        09:05:14
 3     of the deposition on the record, all         09:05:16
 4     counsel, both at the site and by             09:05:18
 5     remote access, shall identify                09:05:20
 6     themselves and whom they represent.          09:05:22
 7     If counsel participating remotely            09:05:27
 8     joins the deposition after it starts,        09:05:29
 9     that counsel shall identify                  09:05:32
10     themselves, himself or herself, upon         09:05:35
11     joining.                                     09:05:37
12          With that said, today's date is         09:05:38
13     December 3, 2013, the time is 9:05.          09:05:40
14     We're at 800 Third Avenue, New York          09:05:45
15     City, for the deposition of Mr. Doug         09:05:49
16     W. Naidus, in the matter FHFA versus         09:05:52
17     Deutsche Bank AG.                            09:05:58
18          I would like the attorneys to           09:06:00
19     introduce themselves starting with the       09:06:02
20     questioning attorney.                        09:06:03
21          MS. GOFF:  Karen Goff and               09:06:04
22     Isabelle Foucard with Quinn Emanuel on       09:06:07
23     behalf of plaintiff.                         09:06:10
24          MR. RICE:  Good morning, Tom            09:06:10
25     Rice and Mike Silver from Simpson            09:06:12
```

HIGHLY CONFIDENTIAL                                    MMDB_2443238

```
 1                    DOUG W. NAIDUS
 2         Thacher & Bartlett for the defendants        09:06:15
 3         and the witness.                             09:06:16
 4             THE VIDEOGRAPHER:  On the phone,         09:06:17
 5         would you please identify yourself?          09:06:18
 6             You may now swear the witness.           09:06:21
 7    D O U G   W.   N A I D U S,                       09:06:26
 8     having been first duly sworn by the Notary       09:06:26
 9     Public (Eric J. Finz), was examined and          09:06:26
10     testified as follows:                            09:06:26
11             EXAMINATION BY                           09:06:33
12             MS. GOFF:                                09:06:33
13         Q.  Good morning, Mr. Naidus.                09:06:34
14             Could you please state your name         09:06:37
15     and address for the record?                      09:06:38
16         A.  Doug Warren Naidus.  300 East            09:06:39
17     77th Street, New York, New York 10075.           09:06:43
18         Q.  Have you ever been deposed               09:06:46
19     before?                                          09:06:48
20         A.  Yes.                                     09:06:48
21         Q.  How many times?                          09:06:48
22         A.  I don't recall.                          09:06:49
23         Q.  You don't recall how many times          09:06:51
24     you've been deposed?                             09:06:53
25         A.  No.                                      09:06:53
```

```
 1                    DOUG W. NAIDUS                              15:07:57
 2    then if you'll please flip to page 12, which                15:07:57
 3    is Bates DB-FHFA 5114372.                                   15:08:00
 4              The first bullet states,                          15:08:13
 5    "investor review provided timely and                        15:08:15
 6    immediate feedback on loan quality."  Below                 15:08:19
 7    that, "additional pre-sale due diligence                    15:08:23
 8    performed by loan buyers."  And then below                  15:08:25
 9    that, "depending on loan type, between 10                   15:08:27
10    and 50 percent of all loans originated by                   15:08:30
11    MortgageIT were subject to investor due                     15:08:33
12    diligence reviews."                                         15:08:35
13              Do you see that?                                  15:08:35
14         A.   Yes.                                              15:08:37
15         Q.   Do you have an understanding of                   15:08:37
16    what the term or the phrase "investor                       15:08:39
17    review" in the top bullet means?                            15:08:44
18              MR. RICE:  Object to the form.                    15:08:47
19         A.   Yes, I do.                                        15:08:49
20         Q.   What does that mean?                              15:08:49
21         A.   Investor here would refer to the                  15:08:51
22    purchaser of loans, mortgage loans.  Review                 15:08:54
23    would refer to their examination of those                   15:08:59
24    loans.                                                      15:09:02
25         Q.   Okay.  Below that, the top                        15:09:02
```

HIGHLY CONFIDENTIAL                                    MMDB_2443459

| | | |
|---|---|---|
| 1 | DOUG W. NAIDUS | |
| 2 | bullet states, "feedback from due diligence | 15:09:34 |
| 3 | required MortgageIT to adapt 'best in class' | 15:09:39 |
| 4 | loan review processes."  And then the second | 15:09:44 |
| 5 | subbullet states, "MortgageIT built the use | 15:09:47 |
| 6 | of due diligence tools into its own | 15:09:50 |
| 7 | origination and post-funding procedures." | 15:09:54 |
| 8 | Do you see that? | 15:09:54 |
| 9 | A.   I do. | 15:10:00 |
| 10 | Q.   Is that accurate? | 15:10:00 |
| 11 | A.   I don't know what it means. | 15:10:02 |
| 12 | Q.   Okay.  So my next question was | 15:10:04 |
| 13 | going to be, if you have an understanding of | 15:10:06 |
| 14 | what due diligence tools MortgageIT built | 15:10:08 |
| 15 | into its own origination procedures.  Do you | 15:10:10 |
| 16 | have an understanding of the due diligence | 15:10:16 |
| 17 | tools that MortgageIT -- it's referred to | 15:10:20 |
| 18 | here? | 15:10:24 |
| 19 | A.   I don't know what -- I don't | 15:10:24 |
| 20 | know what this presentation refers to here, | 15:10:26 |
| 21 | no. | 15:10:29 |
| 22 | Q.   Okay.  Do you recall any due | 15:10:30 |
| 23 | diligence tools of any kind being built into | 15:10:32 |
| 24 | MortgageIT's origination procedures? | 15:10:35 |
| 25 | MR. RICE:  Object to the form. | 15:10:38 |

HIGHLY CONFIDENTIAL                                                 MMDB_2443460

```
 1                  DOUG W. NAIDUS
 2           A.    Yes.                                      15:10:40
 3           Q.    Okay.  Can you please describe            15:10:41
 4     them to me?                                           15:10:44
 5           A.    I recall that we had the                  15:10:46
 6     automated real estate valuation tools that            15:10:52
 7     were meant to authenticate or, rather,                15:10:55
 8     provide additional information on collateral          15:11:02
 9     values in addition to the manual appraisal            15:11:05
10     reports, third party vendor reports that are          15:11:08
11     produced.                                             15:11:10
12                 I recall that we had tools that           15:11:16
13     would indicate the relative income as                 15:11:18
14     indicated in the applicant's loan files, as           15:11:24
15     compared with their positions in industries           15:11:29
16     and geographies to determine the likely               15:11:32
17     authenticity of the information that we've            15:11:35
18     received.  I recall that we employed a 4506           15:11:38
19     document form, IRS Form 4506 document                 15:11:46
20     verification program, which would                     15:11:51
21     authenticate by checking filed tax returns            15:11:53
22     to corroborate demonstrated income for                15:11:56
23     loans.                                                15:12:02
24                 I recall that we utilized a               15:12:05
25     variety of decisioning, automated                     15:12:07
```

HIGHLY CONFIDENTIAL                                    MMDB_2443461

```
 1                  DOUG W. NAIDUS
 2     decisioning engines.  In the first instance          15:12:09
 3     using them to help underwrite, help us               15:12:13
 4     assist our underwriters in the determination         15:12:16
 5     of the provability, the creditworthiness of          15:12:18
 6     loan applicants, as consistent with those            15:12:23
 7     tools.  And subsequently utilizing those             15:12:26
 8     tools in the due diligence process for               15:12:31
 9     utilization.                                         15:12:37
10              For example, those are the ones             15:12:45
11     that come to mind.                                   15:12:47
12         Q.   The due diligence process that              15:12:48
13     you mentioned just now, what did you mean by         15:12:49
14     that?  And in this context you're referring          15:12:52
15     to the due diligence process, what do you            15:12:58
16     mean?                                                15:13:06
17         A.   Well, I was referred to this                15:13:06
18     paragraph -- this bullet point and the use           15:13:07
19     of MortgageIT built the use of due diligence         15:13:09
20     tools into its own origination and                   15:13:11
21     post-funding procedures.  So the process             15:13:14
22     would be then its own origination and                15:13:16
23     post-funding procedures.  I was answering in         15:13:19
24     the context of this bullet what this might           15:13:21
25     mean, or how we might think about that.  For         15:13:23
```

HIGHLY CONFIDENTIAL                                     MMDB_2443462

```
 1                    DOUG W. NAIDUS
 2      example.                                              15:13:30
 3           Q.    Okay.  Was MortgageIT, for loans            15:13:30
 4      that MortgageIT sold to investors, was                 15:13:34
 5      MortgageIT involved in the due diligence               15:13:36
 6      process performed by the investors?                    15:13:38
 7                 MR. RICE:  Object to the form.              15:13:40
 8           A.    Involved in what capacity?  What            15:13:42
 9      does that mean, involved?                              15:13:49
10           Q.    Did MortgageIT assist the                   15:13:50
11      investors in performing the due diligence              15:13:57
12      reviews in any way?                                    15:14:00
13                 MR. RICE:  Object to the form.              15:14:01
14           A.    Typically not.  We provided                 15:14:02
15      information.                                           15:14:04
16           Q.    Right.                                      15:14:05
17                 So you described a series of                15:14:07
18      tools that your underwriters used.  And the            15:14:25
19      last one --                                            15:14:28
20           A.    That's not true.                            15:14:31
21                 MR. RICE:  He described a series            15:14:32
22           of tools.                                         15:14:36
23           Q.    Is it not true that those tools             15:14:36
24      were tools that MortgageIT's underwriters              15:14:38
25      used?                                                  15:14:42
```

HIGHLY CONFIDENTIAL                                       MMDB_2443463

```
 1                  DOUG W. NAIDUS                              17:21:29
 2        cause that to happen, that's what I                   17:21:29
 3        want to happen.  Now, if everyone                     17:21:30
 4        wants to work later tonight, I'm not                  17:21:34
 5        fatigued, I can do this for many more                 17:21:36
 6        hours.                                                17:21:39
 7             MR. RICE:  Let's just ask you,                   17:21:39
 8        what do you want to do?                               17:21:41
 9             MS. GOFF:  I would like to end                   17:21:42
10        here and start tomorrow.                              17:21:43
11             MR. RICE:  Fair enough.                          17:21:44
12             THE VIDEOGRAPHER:  We will go                    17:21:45
13        off the record, the time is 5:21, this                17:21:45
14        is the end of tape 5, volume 1.                       17:21:49
15             (Time noted:  5:21 p.m.)                         17:21:51
16
17
18        _____
19           DOUG W. NAIDUS
20
21     Subscribed and sworn to before me
22     this _____ day of _____, 2013.
23
24     _____
25
```

HIGHLY CONFIDENTIAL                                          MMDB_2443541

```
 1                    DOUG W. NAIDUS

 2     STATE OF NEW YORK     )
                             ss:
 3     COUNTY OF NEW YORK    )

 4         I wish to make the following changes,
       for the following reasons:
 5
       PAGE LINE
 6     ____ ____   CHANGE _____
                   REASON:_____
 7
                   CHANGE _____
 8     ____ ____   REASON:_____

 9     ____ ____   CHANGE _____
                   REASON:_____
10
                   CHANGE _____
11     ____ ____   REASON:_____

12     ____ ____   CHANGE _____
                   REASON:_____
13
                   CHANGE _____
14     ____ ____   REASON:_____

15     ____ ____   CHANGE _____
                   REASON:_____
16
                   CHANGE _____
17     ____ ____   REASON:_____

18     ____ ____   CHANGE _____
                   REASON:_____
19
                   CHANGE _____
20     ____ ____   REASON:_____

21
       _____
22         DOUG W. NAIDUS
       Subscribed and sworn to before me
23     this _____ day of _____, 2013.

24

25     _____
```

HIGHLY CONFIDENTIAL                                    MMDB_2443542

17:21:55

```
 1                  DOUG W. NAIDUS
 2              C E R T I F I C A T E
 3     STATE OF NEW YORK    )
                                : ss.
 4     COUNTY OF NEW YORK   )
 5
 6         I, ERIC J. FINZ, a Shorthand Reporter
 7     and Notary Public within and for the State
 8     of New York, do hereby certify:
 9         That DOUG W. NAIDUS, the witness whose
10     deposition is hereinbefore set forth, was
11     duly sworn by me and that such deposition
12     is a true record of the testimony given by
13     the witness.
14         I further certify that I am not related
15     to any of the parties to this action by
16     blood or marriage, and that I am in no way
17     interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto set
19     my hand this ____ day of _____,
20     2013.
21
22                        _____
23                        ERIC J. FINZ
24
25
```

HIGHLY CONFIDENTIAL                                    MMDB_2443543