# Exhibit 10

| | |
|---|---|
| **From:** | Michael Zigrossi |
| **To:** | Haymond, Sherri |
| **Sent:** | 10/19/2005 9:06:15 AM |
| **Subject:** | FW: 100-Lending Guide.pdf |
| **Attachments:** | 100-Lending Guide.pdf |

<<100-Lending Guide.pdf>> Attached is our prime U/W guidelines, which was requested as part of DD.

-----Original Message-----
From:   Ann Ryan
Sent:   Tue Oct 04 10:05:16 2005
To:     Michael Zigrossi
Cc:     Jack Radin
Subject:       100-Lending Guide.pdf

<<100-Lending Guide.pdf>>

Mike,

The attached is the most recent lending guide posted 9/16.   If you need subprime, I believe Vanessa Chery has those.

Please let me know if you need anything further.  I can contact Pat Forcier re: u/w levels as well.

Thanks,
Ann



CONFIDENTIAL

ML_MassMutual_285-00573189

# MortgageIT

**Lending Guide**

Posted 09/16/05

# 100 – Table of Contents

**100 -    LENDING GUIDE** ............................................................................................................**100-1**

**INTRODUCTION** ............................................................................................................**100-1**
Purpose ..................................................................................................................100-1
Underwriting Guidelines .........................................................................................100-1
Application .............................................................................................................100-1
Underwriting Decision ...........................................................................................100-2

**LOAN LIMITS** ...............................................................................................................**100-3**
Loan Limits ...........................................................................................................100-3

**UNDERWRITING OPTIONS** ............................................................................................**100-4**
Overview ...............................................................................................................100-4
Manual Underwriting ............................................................................................100-4
Acceptable AUS Decisions ...................................................................................100-4
LP Decisions .........................................................................................................100-4
DU Decisions ........................................................................................................100-5
AUS Underwriting .................................................................................................100-6

**BORROWER ELIGIBILITY** ...............................................................................................**100-7**
Overview ...............................................................................................................100-7
Primary Borrower ..................................................................................................100-7
Purchasing Co-Borrower ......................................................................................100-7
Non-Purchasing Co-Borrower ..............................................................................100-7
Non-Occupant Co-Borrower .................................................................................100-8
Non-ARMs Length Transaction ............................................................................100-9
Eligible Borrowers ..............................................................................................100-10
Ineligible Borrowers ...........................................................................................100-10
U.S. Citizen ........................................................................................................100-10
Permanent Resident Alien ..................................................................................100-11
Non-Permanent Resident Alien ..........................................................................100-11
Visa Classifications ............................................................................................100-12
Co-Borrower Trailing Income ..............................................................................100-13
Multiple Mortgages to the Same Borrower .........................................................100-14
Inter Vivos Revocable Trust ...............................................................................100-14
Power of Attorney ...............................................................................................100-15

CONFIDENTIAL

ML_MassMutual_285-00573190

Lending Guide

# **MortgageIT**™

## TABLE OF CONTENTS, CONTINUED

CREDIT ......................................................................................................................................**100-16**
    Overview ................................................................................................................................100-16
    Age of Documents ...............................................................................................................100-16
    Electronic Credit Reports ....................................................................................................100-16
    Representative Credit Score ................................................................................................100-17
    Credit Report Inquiries ........................................................................................................100-17
    Residential Mortgage Credit Report ....................................................................................100-17
    In-File and Merged In-File Reports .....................................................................................100-18
    Non-Traditional Credit Report .............................................................................................100-19
    Bankruptcy / Foreclosure ....................................................................................................100-20
    Collections, Charge-offs, Judgments, Garnishments, and Outstanding Liens ..................100-21
    Disputed Credit Information .................................................................................................100-21
    Consumer Credit Counseling ..............................................................................................100-21
    Mortgage History .................................................................................................................100-22
    Rental History ......................................................................................................................100-22
    First Time Homebuyers .......................................................................................................100-22

EMPLOYMENT AND INCOME .......................................................................................................**100-23**
    Overview ..............................................................................................................................100-23
    Sources of Acceptable Income ...........................................................................................100-23
    Alimony / Child Support / Separate Maintenance ...............................................................100-23
    Boarder Income ...................................................................................................................100-24
    Bonus and Overtime ............................................................................................................100-24
    Capital Gains .......................................................................................................................100-24
    Commission Income .............................................................................................................100-25
    Disability Benefits ................................................................................................................100-25
    Dividends and Interest .........................................................................................................100-25
    Foster Care Income .............................................................................................................100-26
    Military Income ....................................................................................................................100-26
    Non-Taxable Income ...........................................................................................................100-26
    Mortgage Credit Certificate .................................................................................................100-27
    Mortgage Differential Payments ..........................................................................................100-27
    Note Receivable Income ......................................................................................................100-28
    Part-Time, Second or Multiple Income ................................................................................100-28
    Pension / Retirement ...........................................................................................................100-28
    Public Assistance ................................................................................................................100-28
    Rental Income .....................................................................................................................100-29
    Royalty Payments ...............................................................................................................100-30
    Seasonal Income .................................................................................................................100-30
    Social Security .....................................................................................................................100-31
    Trust Income ........................................................................................................................100-31
    Unemployment Benefits ......................................................................................................100-31
    VA Benefits .........................................................................................................................100-31
    Unacceptable Sources of Income .......................................................................................100-32
    Salaried Borrower ...............................................................................................................100-32
    Salaried Income History ......................................................................................................100-32
    Salaried Documentation .......................................................................................................100-32
    Salaried Verification of Employment ...................................................................................100-33
    Self-Employed Borrowers ...................................................................................................100-33
    Self-Employed Income History ............................................................................................100-33
    Self-Employed Documentation ...........................................................................................100-34

CONFIDENTIAL

ML_MassMutual_285-00573191

# Mortgage**IT**

## Lending Guide

### TABLE OF CONTENTS, CONTINUED

ASSETS AND LIQUIDITY .................................................................................................**100-35**
   Overview ..........................................................................................................100-35
   Eligible Assets ................................................................................................100-35
   Ineligible Assets ............................................................................................100-36
   Reserves ........................................................................................................100-36
   Verification of Deposits ..................................................................................100-37
   Gifts ................................................................................................................100-39
   Sources of Funds for Closing ........................................................................100-40
   Deposit on Sales Contract .............................................................................100-41
   Checking and Savings Accounts ...................................................................100-41
   Donations from Entities ..................................................................................100-41
   Disaster Relief Grant or Loan ........................................................................100-41
   Borrower Funds Secured by an Asset ...........................................................100-42
   Cash Value of Life Insurance .........................................................................100-42
   Credit Card Financing ....................................................................................100-42
   Real Estate Proceeds ....................................................................................100-43
   Bridge Loan ....................................................................................................100-43
   Trust Account Funds ......................................................................................100-44
   Sale of Stocks or Bonds ................................................................................100-44
   Stock Options .................................................................................................100-44
   Third Party Contributions ...............................................................................100-45
   Gift of Equity ..................................................................................................100-45
   Retirement ......................................................................................................100-46
   Large Deposit .................................................................................................100-46
   1031 Exchange ..............................................................................................100-46
   Business Funds ..............................................................................................100-49

PROPERTIES .........................................................................................................**100-50**
   Eligible Property Types ..................................................................................100-50
   Ineligible Property Types ................................................................................100-50
   Age of Appraisals ..........................................................................................100-51
   Uniform Standards of Professional Appraisal Practice (USPAP) ..................100-51
   Appraisal Forms .............................................................................................100-52
   Investment Appraisal Forms ..........................................................................100-53
   Streamline Appraisal Forms ..........................................................................100-54
   Property Inspection Waivers ..........................................................................100-56
   Appraisal Requirement ...................................................................................100-56
   Approved National Appraisers .......................................................................100-57
   Private Road Maintenance .............................................................................100-58
   Mixed Use Properties .....................................................................................100-58
   Condos ...........................................................................................................100-59
   Ineligible Condo Projects ...............................................................................100-59
   Condo Recreational Lease .............................................................................100-60
   Condo Inclusionary Zoning ............................................................................100-60
   Condos- Fannie Mae Projects .......................................................................100-61
   FHLMC Condo Class I ...................................................................................100-64
   FHLMC Condo Class II ..................................................................................100-64
   FHLMC Condo Class III .................................................................................100-65
   Condos - Limited Project Review ...................................................................100-66
   Limited Review  Documentation .....................................................................100-67
   Non-Warrantable Condos ..............................................................................100-68
   Land Contracts ...............................................................................................100-69

CONFIDENTIAL

ML_MassMutual_285-00573192

Lending Guide

# Mortgage**IT**

## TABLE OF CONTENTS, CONTINUED

**COOPERATIVES (COOPS) – RETAIL DIVISION ONLY** ........................................................ **100-71**
   Overview ........................................................................................ 100-71
   Geographic Restrictions ................................................................ 100-71
   Coop Properties require Project Approval by MortgageIT ............ 100-71
   Project Approval Standards ........................................................... 100-72
   Pro Rata Share .............................................................................. 100-72
   Flip Tax ........................................................................................ 100-72
   Types of Insurance ....................................................................... 100-72
   Hazard Insurance ......................................................................... 100-73
   Hazard Insurance Deductible ....................................................... 100-73
   Required Special Endorsements ................................................... 100-73
   Flood Insurance ............................................................................ 100-73
   Flood Coverage Amount ............................................................... 100-74
   Flood Deductible ........................................................................... 100-74
   Liability Insurance ........................................................................ 100-74
   Liability Coverage Amount ............................................................ 100-74
   Fidelity Insurance ......................................................................... 100-74
   Fidelity Coverage Amount ............................................................ 100-75
   Cooperative Attorneys .................................................................. 100-75
   Cooperative Documents ................................................................ 100-75
   Appraisals ..................................................................................... 100-75
   Combining Units ........................................................................... 100-75
   Ineligible Cooperative Projects .................................................... 100-75

**ESCROW (COMPLETION) HOLDBACK** ............................................................................ **100-76**
   Overview ........................................................................................ 100-76
   Holdback Parameters .................................................................... 100-76

**LOAN PURPOSE** ............................................................................................................ **100-77**
   Overview ........................................................................................ 100-77
   Purchase Transactions ................................................................. 100-77
   Limited Cash Out Refinance ......................................................... 100-77
   Buyout Refinance .......................................................................... 100-79
   Cash Out Refinance ...................................................................... 100-80
   Quit Claim Seasoning ................................................................... 100-80
   Recently Purchased Properties .................................................... 100-81
   Listed for Sale .............................................................................. 100-82

**TEMPORARY BUYDOWNS** .............................................................................................. **100-83**
   Overview ........................................................................................ 100-83
   Source of Buydown Funds ............................................................ 100-83
   Terms ............................................................................................ 100-83
   Documentation .............................................................................. 100-83
   Calculation Example ..................................................................... 100-84
   Buydown Calculator ...................................................................... 100-84

**MORTGAGE INSURANCE** ............................................................................................... **100-85**
   Overview ........................................................................................ 100-85
   Approved MI Companies ............................................................... 100-85

CONFIDENTIAL

# MortgageIT

Lending Guide

## TABLE OF CONTENTS, CONTINUED

**SUBORDINATE FINANCING** ....................................................................................................**100-86**
Overview .............................................................................................................................100-86
Requirements and Restrictions ..........................................................................................100-86

**RATIO** ........................................................................................................................................**100-87**
Calculation ..........................................................................................................................100-87
Revolving Debt ....................................................................................................................100-88
Installment Debt ..................................................................................................................100-88
Paying off Debt ...................................................................................................................100-89
Monthly Payment Debts ......................................................................................................100-89
Co-Signed Obligations ........................................................................................................100-90
Student Loans .....................................................................................................................100-90

**GENERAL COMPLIANCE POLICIES** ...........................................................................................**100-91**
Overview .............................................................................................................................100-91
Prepayment Fees or Penalties ...........................................................................................100-91
Repayment Ability ...............................................................................................................100-91
Code of Conduct .................................................................................................................100-92

**DOCUMENTATION TYPES** ........................................................................................................**100-93**
Introduction .........................................................................................................................100-93
Full/Alt Documentation .......................................................................................................100-93
Stated Income Verified Asset (SIVA) ..................................................................................100-94
No Ratio ..............................................................................................................................100-95
No Doc ................................................................................................................................100-96
Stated Income/ Stated Assets (SISA) .................................................................................100-97

CONFIDENTIAL                                                                     ML_MassMutual_285-00573194

Lending Guide

# MortgageIT

# N O T E S

CONFIDENTIAL

ML_MassMutual_285-00573195

# MortgageIT

Lending Guide

## 100 -    Lending Guide

# Introduction

| | |
|---|---|
| **Purpose** | This guide provides underwriting standards to assist in determining the types of loans eligible for approval.  It also outlines the level of acceptable risk and describes general and specific requirements regarding:<br>✓  Borrower Eligibility<br>✓  Credit<br>✓  Employment and Income<br>✓  Assets and Liquidity<br>✓  Property/Collateral<br>✓  Liabilities |
| **Underwriting Guidelines** | Although this guide covers most circumstances, it does NOT comprise all possible loan scenarios.  Where a specific circumstance is not addressed, prudent underwriting principals prevail in determining loan eligibility.  There are two crucial requirements:<br>•  Loan terms must relate the borrower's ability to repay<br>•  Value and marketability of the property is acceptable |
| **Application** | Automated underwriting findings and Product Guidelines will take precedence over this guide.<br>✓  Guidelines must be interpreted and applied in a manner and that complies with all applicable laws and regulations, including consumer protection laws and regulations. |

*Continued on next page*

CONFIDENTIAL                                        ML_MassMutual_285-00573196

Lending Guide

# MortgageIT

---

## Introduction, Continued

---

**Underwriting Decision**

Underwriting decisions are as follows:

- ✓ Approved
- ✓ Approved with Conditions
- ✓ Suspended
- ✓ Declined
- ✓ Counter Offered

---

CONFIDENTIAL

ML_MassMutual_285-00573197



Lending Guide

# Loan Limits

**Loan Limits**

### Maximum Loan Amount for Conforming FRM

| Property Type | 48 Contiguous States | Alaska & Hawaii |
|:---:|:---:|:---:|
| 1 Unit | $359,650 | $539,475 |
| 2 Units | $460,400 | $690,600 |
| 3 Units | $556,500 | $834,750 |
| 4 Units | $691,600 | $1,037,400 |

**NOTE:** Loan amounts must be in $50 increments.

CONFIDENTIAL

ML_MassMutual_285-00573198

Lending Guide



# Underwriting Options

**Overview**

Subject to product limitations within the Product Guidelines, MortgageIT will accept mortgage loans that are submitted to the following Automated Underwriting Systems (AUS):

- ✓ Fannie Mae Desktop Underwriter (DU)
- ✓ Freddie Mac Loan Prospector (LP)
- ✓ Manual Underwriting may be permitted or required in certain circumstances

**Manual Underwriting**

Manual Underwriting is only permitted under the following scenarios:
- ✓ Lack of Credit
- ✓ As permitted by MortgageIT per specific product summaries, including Refer AUS recommendations.

**NOTE:** Manual Underwriting is permitted within guidelines of the individual product summaries.

**IMPORTANT:** Loans that receive EA decisions **may not** be manually underwritten, regardless of erroneous credit, lack of credit, etc., excluding ALT-A and Gold ARM products.

**Acceptable AUS Decisions**

See product guidelines.

**LP Decisions**

The following recommendations are results of utilizing Freddie Mac's Loan Prospector:
- ✓ Accept Plus
- ✓ Accept
- ✓ Incomplete

**NOTE:** A- Offering 500 Freddie Mac eligible recommendations are not permitted.

*Continued on next page*

CONFIDENTIAL                                                    ML_MassMutual_285-00573199

**MortgageIT**                                   Lending Guide

# Underwriting Options, Continued

**DU Decisions**      The following recommendations are results of utilizing Fannie Mae's
                      Desktop Underwriter:

✓  Approve/Eligible

✓  Approve/Ineligible

✓  Out of Scope

✓  EA I, II/Eligible

**NOTE:**  EA III recommendations are not permitted.

*Continued on next page*

CONFIDENTIAL                        ML_MassMutual_285-00573200

Lending Guide

# **MortgageIT**

# **Underwriting Options,** Continued

**AUS
Underwriting**

The Underwriter must verify the accuracy of the data entered in the underwriting system by comparing the data to the documentation in the actual underwriting file. The final decision should ensure all data matches source documentation and that documentation exists to support all data used to underwrite the file.

If this validation process reveals material discrepancies between the data in the underwriting system and the data from source documents, the mortgage must be re-underwritten and re-submitted using the correct data. The Underwriter must comply with the requirements of the Documentation Class (i.e. Accept, Accept Plus, etc.) resulting from the re-submission.

Although the documentation requested on the findings report is sufficient for file delivery, additional documentation to substantiate an approval may be required at the underwriter's discretion.

**NOTE:** Minor adjustments will not require additional underwriting submissions as long as the requested income and asset documentation supports the information disclosed on the loan application within allowable tolerances.  The following tolerances will be permitted:

**Income:** If verified income is less than the income on the loan application submitted to DU by more than 5% of the borrower's total income, then the income on the loan application and resubmit the loan to DU.  If verified income is greater than the loan application indicates, the data must be updated, and the loan must be resubmitted only if the loan is subject to HUD median income limits (i.e., as with Community Lending programs).

**Debts:** If DU detects undisclosed debts (debts on the credit report that are not on the loan application) or if it detects discrepancies between the credit report payments and balances and those on the loan application, a verification message may require that the data be reconciled.  If upon reconciliation, it is determined that the debts on the loan application are inaccurate, the loan must be resubmitted if the differences affects the total expense ratio by more than 2%.

**Loan amount:**  No variance permitted for loan amount (1008 and 1003 must match).

CONFIDENTIAL

ML_MassMutual_285-00573201

# MortgageIT

## Lending Guide

# Borrower Eligibility

| | |
|---|---|
| **Overview** | MortgageIT defines various borrower types within this section.  Refer to specific product summaries for borrower eligibility. |
| **Primary Borrower** | The primary borrower is the individual who earns the most income or, in the case of a non-occupant co-borrower, the person who occupies the property.<br><br>**NOTE:** If all applicants earn approximately the same amount (within 2%), the borrower with the longer term at their current job will be considered the primary borrower. |
| **Purchasing Co-Borrower** | A purchasing co-borrower is a person who has applied with the applicant for joint credit and who takes title to the security property.  A purchasing co-borrower must sign the Note. |
| **Non-Purchasing Co-Borrower** | A non-purchasing co-borrower (co-mortgagor) is a person who will take title to the security property without applying for joint credit.  A non-purchasing co-borrower is not required to sign the Note; however, they will be required to sign the security instrument or any other documentation required to evidence that the co-borrower is relinquishing all rights to the property in order to perfect the lien under governing state law. |

*Continued on next page*

CONFIDENTIAL

Lending Guide

# Mortgage**IT**

## Borrower Eligibility, Continued

**Non-Occupant Co-Borrower**

A non-occupant co-borrower will not occupy the subject property, but income has been used to qualify for the loan.  Joint responsibility (with the primary borrower) for repaying the loan and signing the Note is mandated.

- ✓ Owner-occupant(s) must be able to qualify for the mortgage based on his/her on financial capacity
- ✓ Owner-occupant(s) must qualify with a debt-to-income (DTI) ratio of 43%
- ✓ Owner-occupant(s) must make the first 5% down payment from their own funds if the LTV is greater than 80.00
- ✓ Maximum LTV/CLTV 90.00

**NOTE:** Non-occupant co-borrower may not be an interested party to the sales transaction, such as the property seller, property builder, real estate broker.

*Continued on next page*

CONFIDENTIAL

# MortgageIT

Lending Guide

## Borrower Eligibility, Continued

**Non-ARMs
Length
Transaction**

A non-arms length transaction is a transaction where there exists a personal or business relationship between the borrower and any party involved in the transaction.

The following types of non-arms length transactions **are** permitted:
- ✓ Family sales or transfers (with or without consideration)
- ✓ Corporate sales or transfers (from a business to a personal owner)
- ✓ Borrower(s) who are employed in the Real Estate, Mortgage or construction trade field that are participants in the construction or financing of the property.
- ✓ Borrower(s) who are employed in the mortgage industry and seeking any form of reduced documentation loan are eligible only if the loan is originated, processed and closed by an independent, third party mortgage company not affiliate with the borrower's employer.

The following credit and underwriting guidelines apply to **ALL** non-arms length transactions:

- ✓ Maximum 95.00% LTV/CLTV
- ✓ Full/Alt documentation only
- ✓ All assets needed to close loan must be documented regardless of LTV
- ✓ One (1) full appraisal and an AVM are required; value must be within reasonable range.
- ✓ A fully executed, legally binding purchase and sales agreement is required for all purchases.
- ✓ Gifts are not allowed for Second Homes and Investment properties.

**NOTE:** These relationships may influence the transaction and are generally not encouraged for financing.

**IMPORTANT:** Brokers and owners of mortgage firms are permitted for full documentation only.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573204

Lending Guide

# **MortgageIT**

## **Borrower Eligibility,** Continued

**Eligible Borrowers**

  ✓ Natural Person(s)
  ✓ Permanent Resident Aliens
  ✓ Non-Permanent Resident Aliens
  ✓ Inter Vivos Revocable Trusts
  ✓ Illinois Land Trust
  ✓ Revocable Family Trust
  ✓ California Certifications of Trusts

**NOTE**:  All borrowers must have a valid social security number.

**Ineligible Borrowers**

  ✓ Corporations, General and Limited Partnerships.
  ✓ "Doing Business As" (DBA's).
  ✓ Religious/non-profit organizations.
  ✓ Borrowers with Diplomatic Immunity.

**U.S. Citizen**

A United States Citizen is a native or naturalized person entitled to all rights and privileges of the United States.  Unless otherwise noted, all loan program requirements are based on the assumption a borrower is a United States Citizen.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573205

# MortgageIT
## Lending Guide

# Borrower Eligibility, Continued

**Permanent Resident Alien**

A permanent resident alien is an individual who is lawfully residing in the United States permanently.

MortgageIT will grant loans to permanent resident aliens under the same parameters extended to U.S. Citizens.

The following documentation **must** be provided for a borrower to be considered eligible for a loan as a permanent resident alien:

- ✓ Alien Registration Receipt Card I-551 (Resident Alien Card).
- ✓ Alien Registration Card I-551 (Conditional Resident Alien Card) which must have the expiration, date on the back and also must be accompanied by a copy of a filed INS Form I-751.
- ✓ Non-expired Foreign passport that contains a non-expired stamp, which states the following: "Processed for I-551 Temporary Evidence of Lawful Admission for Permanent Residency. Valid until (mm-dd-yy) Employment Authorized".

**Non-Permanent Resident Alien**

A non-permanent resident alien is an individual who seeks temporary entry to the United States for a specific purpose.

MortgageIT will grant loans to Non-Permanent Resident Aliens with acceptable Visas under the same parameters extended to a U.S. Citizen, unless otherwise restricted with a specific product summary.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573206

Lending Guide

# MortgageIT

## Borrower Eligibility, Continued

**Visa Classifications**   The following Visa Classifications are usual and customary.  Acceptance of additional classifications should be under the discretion of the Underwriter.

| Type | Classification |
|------|----------------|
| H-1 | Specialty Occupations |
| H-2A | Temporary Agricultural Workers |
| H-2B | Temporary Workers: Skilled and Unskilled |
| H-3 | Trainee |
| L-1 | Executive, Managerial, Specialized Knowledge |
| E-1, 2 | Treaty Trader, Spouse and Children |
| G Series | Representative of recognized and non-recognized foreign government and members of their immediate family |
| J-1 | Exchange Visitor |

*Continued on next page*

CONFIDENTIAL

 Lending Guide

## Borrower Eligibility, Continued

**Co-Borrower Trailing Income**

Trailing co-borrower income is defined as projected income of a presently employed co-applicant who is moving along with a corporate relocated employed borrower to another area without having secured employment at the destination point of the new residency.

In those situations, all or a portion of the co-applicant's income may be used in determining the qualifying income based on the following guidance.

Trailing co-borrower must:
- ✓ Reside with the relocating employee
- ✓ Be currently employed
- ✓ Provide letter of intent to seek new employment at the new location

The following conditions must be met:
- ✓ Co-Borrower must be a spouse, relative, domestic partner, fiancée or fiancé of the primary wage earner.
- ✓ Co-Borrower(s) may not be self-employed
- ✓ Occupation must be readily transferable to a new location
- ✓ Must be a corporate relocation of the borrower (i.e. sponsored by a business).
- ✓ Minimum two years consistent employment
- ✓ 100% of co-borrower's income may be utilized if the income does not exceed 30% of the total qualifying income
  - • 50% of the co-borrowers income may be utilized if the income exceeds 30% of the total qualifying income.
- ✓ Primary residence only for both borrowers
- ✓ Purchase transactions only
- ✓ Minimum 680 credit score for all borrowers, including primary wage earner and trailing income.

*Continued on next page*

CONFIDENTIAL   ML_MassMutual_285-00573208

Lending Guide

# MortgageIT

---

# Borrower Eligibility, Continued

---

**Multiple Mortgages to the Same Borrower**

If the borrower's principal residence secures the mortgage, we do not impose any limitations on the number of mortgages that the borrower can currently have financed. However, if a second home or an investment property that secures the mortgage, the borrower may not own more than ten properties (including the principal residence) that are currently financed.

Joint ownership in residential real estate is considered the same as total ownership of an individual property. However, ownership in commercial or multi-family (more than 4 dwelling units) real estate is not included in the limitation.

**NOTE:** MortgageIT will lend up to a maximum of four properties per borrower within a 12 month period counting from the most recent funded loan.

---

**Inter Vivos Revocable Trust**

An Inter Vivos revocable trust is a trust that:
✓ An individual creates during their lifetime
✓ Is effective during the creator's life
✓ Amendable by the creator at any time

Inter Vivos Revocable Trust **are** permitted:
✓ In compliance with state law
✓ Established by a natural person, as opposed to a legal entity.
✓ Established in writing
✓ Individual established themselves the right to revoke the trust
✓ Primary beneficiary of the trust must be the individual establishing the trust
✓ Trust must name one or more trustees to hold legal title to and manage the property that has been placed in the trust
✓ Trustee must have the power to mortgage the security property

**Eligibility Requirements:**
✓ Single Family, Primary Residence or Second Homes.
✓ Full title must be vested in the trustee(s); no other owners.
✓ Title exceptions with respect to the trust are not permitted
✓ Underwritten as if the individual(s) establishing the trust were the borrower(s)
✓ Must be reviewed and approved by a MortgageIT Regional Credit Manager

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573209

# MortgageIT

Lending Guide

## Borrower Eligibility, Continued

**Power of Attorney**

MortgageIT will accept a Limited (or Specific) Power of Attorney that references the property and authorizes the attorney in fact to enter into a real estate transaction and to mortgage the property.

Power of Attorney must contain the following:

✓ Indicate clearly that the mortgagor is appointing an attorney in fact
✓ Precisely identify who is being appointed
✓ Be signed and dated by the borrower
✓ Be notarized
✓ Be recorded prior to or concurrent with the security instrument
✓ Full subject property address with legal description

If an attorney signed the loan documents in fact, the Power of Attorney must have been approved by the title company issuing the title policy.

The use of a General Power of Attorney will only be considered in cases where the borrower is currently serving on active military duty outside of the U.S.

Documents executed by the attorney in fact must be signed according to the following examples:

| State Requirements | Acceptable Signatures |
|---|---|
| All States **except** California | Any of the following examples are permitted:<br>✓ Mary Smith, as AIF for John Smith<br>✓ John Smith by Mary Smith, as AIF<br>✓ Mary Smith as attorney-in-fact for John Smith<br>✓ John Smith by Mary Smith as attorney-in-fact |
| California | Only the following signature is acceptable:<br>✓ Jane Doe by John Doe, Attorney-in-fact |

CONFIDENTIAL

Lending Guide

# MortgageIT™

---

# Credit

---

**Overview**

MortgageIT requires that a borrower's current and past credit history be analyzed through the review of a credit bureau report prepared by an independent licensed credit reporting agency or credit reporting repository.

MortgageIT accepts the following four types of credit reports, depending on the circumstances of the mortgage request.
- ✓ Residential Mortgage Credit Report (RMCR)
- ✓ In-file and Merged In-file Report
- ✓ Electronic Credit Reports
- ✓ Non-Traditional Credit Reports

---

**Age of Documents**

All standard credit documentation used to determine the borrower's eligibility must be no more than:
- ✓ 90 days old for standard credit documents at the time of underwriting
- ✓ 120 days at the time of note for existing properties
- ✓ 180 days at the time of note for new construction

---

**Electronic Credit Reports**

Electronically obtained credit bureau reports are permitted from an automated underwriting system (AUS) as follows:
- Must be ordered from one of the three credit agencies:
  - o Equifax Information Svc. LLC
  - o Experian Credit Data
  - o Trans Union
- Must be a Three Bureau In-file Merged Report
- Credit risk scores are made available to the AUS
- Two bureau merged in-file report must reflect that a three-bureau in-file report was initially ordered

**NOTE:** A two-bureau merged in-file report is acceptable only if one of the approved credit repositories is unavailable.

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573211

# MortgageIT

Lending Guide

## Credit, Continued

| | |
|---|---|
| **Representative Credit Score** | • Obtain a minimum of two credit scores for every borrower<br>• If two credit scores are obtained, use the lower score as the applicable borrower score<br>• If three credit scores are obtained, use the middle score as the applicable borrower score<br>• When more than one borrower is present on the loan, the lowest applicable score from all borrowers is the representative score.<br>**NOTE:** Scores should be obtained from three trades with a 24 month satisfactory history to ensure a representative score. |
| **Credit Report Inquiries** | Inquiries within 90 days from date of credit report must be explained by borrower. |
| **Residential Mortgage Credit Report** | Residential Mortgage Credit Report (RMCR) provides current, verified and details borrower information.  The report agency verifies:<br>✓ Most recent 2-year employment history<br>✓ Residence history<br>✓ All debts, including terms, balances, and ratings.<br>✓ Past due payments<br>✓ Available legal information through public records, such as judgments, foreclosures, garnishments and bankruptcies.<br>✓ Joint or combined report for a married couple must contain all debts of both parties or separate reports must be provided |

*Continued on next page*

CONFIDENTIAL                                                      ML_MassMutual_285-00573212

Lending Guide



## **Credit,** Continued

**In-File and Merged In-File Reports**

An individual "in-file" report provides a borrower's credit and residence history that has been reported and is currently "on file" with a particular credit-reporting repository. There are presently three major credit reporting repositories: **Equifax Information Svc. LLC., Experian Credit Data and Trans Union.**

MortgageIT also allows the use of in-file reports that have been "merged" by a credit reporting company. In the merging process, the credit reporting company pulls two or three in-file reports from different credit reporting repositories and merges the information to provide one report that contains the most current reported information. Through the merge process, duplicate records are eliminated.

MortgageIT recommends a merged three-bureau in-file report. Individual in-file reports are acceptable for the following circumstances:
- ✓ If the LTV is 80% or less, **one** of the following is required:
  - • Two in-file reports, or
  - • A two-bureau merged in-file report.

**NOTE:** In both cases, the reports must be from different repositories.
- ✓ LTVs greater than 80% must obtain a three bureau merged in-file report from different repositories, one of which must be Trans Union.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573213

# MortgageIT

Lending Guide

## Credit, Continued

**Non-Traditional Credit Report**

If a borrower does not have the types of credit that would appear on a traditional credit report or if they have an insufficient number of credit references, a non-traditional credit report may be utilized. Non-traditional credit **cannot** be used to offset a poor payment history reported on a traditional credit report.

**For all borrowers utilizing non-traditional credit:**
- ✓ All non-traditional references must have a satisfactory 24-month payment history documented in the file.
- ✓ The non-traditional credit references must be from commercial sources.
- ✓ At least 2 tradeline accounts must be Open and $500 or more. (See acceptable credit source list below).

**Minimum Tradeline Accounts:**
- ✓ As required by AUS findings if available.
- ✓ Manual underwrite requires a minimum of 4 tradeline accounts with a 24-month history reported within the most recent 24-months.

**Acceptable Credit Sources:**
- ✓ Utility companies - Rental/Housing, Electricity, Gas, Water, Telephone, Cable TV.
- ✓ Insurance premiums, not payroll deducted, such as medical, life, automobile or renters insurance.
- ✓ Miscellaneous accounts such as childcare, local grocer, furniture or appliance stores, school tuition.
- ✓ Loans from individuals are acceptable if verified by written agreement and canceled checks.
- ✓ Medical bill payments.

If the reporting agency is not able to collect sufficient information to prepare the RMCR, the credit information must be provided to the MortgageIT for evaluation of the credit worthiness.
**NOTE:** Private Individual references are not acceptable

**Housing Payments**
- ✓ Payments made to professional property Management Companies do not require additional documentation.
- ✓ Payments to a party other than a management company require 12 months canceled checks or bank statements to evidence timely payments.

**NOTE:** If these documents are not available, public landlord-tenant records for court filings, judgments or evictions (or dismissal of such action) must be checked for the last 24 months. The bureau will attempt to do this, or will retain a third party vendor who offers this service.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573214

Lending Guide

# MortgageIT

---

## Credit, Continued

**Bankruptcy / Foreclosure**

When an applicant has declared bankruptcy under the bankruptcy laws, it does not mean that the application for the mortgage loan must automatically be declined.

**Eligibility**
- ✓ Discharged fully with re-established credit, at deemed acceptable by the underwriter, demonstrating the ability to manage his/her financial obligations.
- ✓ Four tradelines since discharge.

Borrowers whose credit history includes a previous bankruptcy, mortgage foreclosure or deed-in-lieu of foreclosure must have re-established a credit record for an elapsed time of **4 years**.

Elapsed time is measured by comparing the date of the application for the new mortgage loan to the date a:
- ✓ Chapter 7, 11 or 12 bankruptcy was discharged.
- ✓ Chapter 13 repayment plan was successfully completed and discharged
- ✓ Foreclosure sale.
- ✓ Deed-in-lieu was executed.

Elapsed time of **2 years** may be acceptable when:
- ✓ The previous action was a Chapter 13 bankruptcy, regardless of the reasons that contributed to the previous bankruptcy.
- ✓ The previous action related to a foreclosure, deed-in-lieu or Chapter 7, 11 or 12 bankruptcies resulted from extenuating circumstances. If the applicant cannot provide satisfactory documentation of the extenuating circumstances, 4 full years must have elapsed.
- ✓ If AUS approval accepts circumstances per findings.

**NOTE:** Extenuating circumstances are created by non-recurring events that are beyond the applicant's control, which result in a sudden, significant and prolonged reduction in income or an increase in financial obligations.  Examples include but not limited to extended illness, death of a spouse or co-borrower.

---

*Continued on the next page*

CONFIDENTIAL

ML_MassMutual_285-00573215



Lending Guide

## Credit, Continued

| | |
|---|---|
| **Collections, Charge-offs, Judgments, Garnishments, and Outstanding Liens** | We generally require the borrower to pay off at (or prior to) closing. However, if account is less than $250 or if the total balance of accounts is $1,000 or less we will not require them to be paid. Furthermore, when a borrower has a strong credit profile and meaningful financial reserves we will not require the accounts to be paid off. Documentation must substantiate that the accounts pose no threat to our mortgage lien and are not likely to affect the borrower's equity position.<br><br>**NOTE:** As applicable to AUS engine (DU or LP) utilized. |
| **Disputed Credit Information** | Should a borrower indicate that any significant information in the credit file is inaccurate a request should be made to the credit reporting company to confirm accuracy. However, if the underwriting needs to be completed before the repositories' credit file can be corrected, the credit score should not be heavily accessed in the underwriting of the file. Instead, the credit risk assessment should be based on a review of the borrower's traditional credit history (a combination of the number and age of accounts, payment history, credit utilization and recent inquiries). In such cases, the mortgage cannot be approved using Agency Enhanced Eligibility Criteria. |
| **Consumer Credit Counseling** | The presence of consumer credit counseling service does not alter the underwriting recommendation. Whether the borrower has or has not completed his or her participation in the sessions before closing on the mortgage transaction is not relevant since it is the borrower's credit history that is of primary importance. The credit score will take into account the overall credit profile of the borrower. |

✓ Seasoning for credit counseling completion is not required if continuous payments have been made.

✓ A copy of the agreement and plan to be included in the loan file.

✓ For DTI purposes, the higher of the credit report payments or CCCS plan payments must be utilized.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573216

Lending Guide

# MortgageIT

---

## Credit, Continued

---

**Mortgage History**

Verification of the mortgage history for the most recent 12-months must be obtained for Manually Underwritten loans.  Following methods are acceptable:

- ✓  12-month payment history from the credit report
- ✓  Verification of Mortgage (VOM) from the mortgage company
- ✓  Obtain most recent 12-month copies of canceled checks; acceptable if mortgage is privately held.

**NOTE:**  AUS approvals that do not require additional mortgage history documentation may be accepted per findings.

---

**Rental History**

Verification of a 12-month satisfactory rental payment history should be obtained for Manually Underwritten loans. Following methods are acceptable:

- ✓  Obtain copies of canceled checks or equivalent for the last 12 months rental payments
- ✓  An RMCR where the credit-reporting agency directly verified the rental history with the landlord's management agency
- ✓  Verification of Rental (VOR) - direct written request to the landlord or his/her Management Company

**NOTE:**  AUS approvals that do not require additional rental history documentation may be accepted per findings.

---

**First Time Homebuyers**

In all circumstances, first time homebuyers should have an acceptable housing history.  However, the underwriter may waive the housing history requirement for permitted programs based on:

- ✓  Established credit history
- ✓  Minimum of 4 tradelines, one being an installment or auto loan.

---

CONFIDENTIAL

ML_MassMutual_285-00573217

 **Lending Guide**

# Employment and Income

| | |
|---|---|
| **Overview** | The underwriter must carefully evaluate the borrower's employment and income history, stability and likelihood of continuance and must document the last two years of employment income history, using Verification of Employment forms or pay-stubs evidencing 30-day earnings and W-2 forms for the past two years. |

## Sources of Acceptable Income

**Alimony / Child Support / Separate Maintenance**

In order for alimony or child support to be considered as stable income, the borrower must have received income for at least 12 months and it must continue for at least three years after the date of the original mortgage loan application.

MortgageIT will accept as verification of the award of alimony and/or child support one of the following documents:

- ✓ Copy of the divorce decree
- ✓ Formal separation agreement
- ✓ Court records
  - Any other legal agreement or court decree that describes the payment terms, or a copy of any applicable state law that requires alimony, child support or maintenance payments and specifies the conditions under which the payments must be made.

The document must specify the amount of the award and the period of time over which it will be received. The borrowers must provide evidence that the funds have been received for the last 12 months. Acceptable evidence would be deposit slips, canceled checks, bank statements or Federal income tax returns.

**NOTE:** A 6 to 12 month documented history of receipt of the income is acceptable providing the income does not exceed 30% of the total gross qualifying income. If income is received less than six months, income may only be used as a compensating factor.

Alimony is taxable and therefore should not be grossed up; however, child support is eligible. Documentation for alimony, child support income is not required if the borrower does not use the income to qualify.

*Continued on next page*

CONFIDENTIAL

Lending Guide 

# Employment and Income, Continued

---

### Sources of Acceptable Income, Continued

**Boarder Income**

Rental income from boarders in a single-family primary residence or second home may not be considered as income. However, may be considered acceptable if received from a live-in aide for a disabled borrower. The Aide must present documentation to demonstrate shared residency and payment of rent.

---

**Bonus and Overtime**

May be included if the income has been:
- ✓ Consistently received for the most recent two years
- ✓ Employer confirms its likelihood of continuance
- ✓ Stable

Must be averaged. Any year-to-date overtime or bonus amounts may be included in the average if the year-to-date amount is consistent with the amounts received over the last two years.

---

**Capital Gains**

Capital gain income is generally a one-time transaction; therefore, it is generally not considered stable monthly income.

However it may be utilized as a compensating factor if:
- ✓ Normal and recurring portion of the borrower's income

---

*Continued on next page*

CONFIDENTIAL

# MortgageIT

Lending Guide

# Employment and Income, Continued

## Sources of Acceptable Income, Continued

**Commission Income**

Expenses reported on Form 2106 of the borrowers tax returns must be deducted from the income to arrive at the net commission income and the net income must be average over the most recent two years.

Commission received 12 to 24-months may be considered if 12 months are reflected on tax returns. Commission received less than 12 months may be considered at the underwriter's discretion.

Declining income sources should not be averaged, and an explanation for the decline should be obtained. The most recent lower income would be used for qualification purposes.

If a borrower earns over 25% of their income as commission, then the last 2-year federal tax returns with all attachments are required.

**NOTE:** Specific product or program income verification standards may differ. Review the product guidelines for specific requirements.

**Disability Benefits**

Disability benefit payments should be treated as acceptable stable income unless the terms of the disability policy specifically limit the stability or continuity of the benefit payments.
- ✓ Must have a remaining term of three years
- ✓ Benefits that will decrease to a lesser amount within the next three years because of long-term conversion, the lesser amount should be utilized in qualifying the borrower.
- ✓ Copy of disability policy or statement is required
- ✓ Statement from benefits' payer, such as insurance company, employer, etc., is required.

**Dividends and Interest**

Income from bank accounts, bonds, savings bonds, money market funds and cash dividends from stocks are acceptable if verified. Such income should be adjusted if the assets are liquidated. The previous 2 year tax returns, including applicable schedules, are required to verify the amount and stability of the income as well as develop a two-year average of the income.

*Continued on next page*

CONFIDENTIAL

Lending Guide

# **MortgageIT**

# **Employment and Income,** Continued

## **Sources of Acceptable Income, Continued**

**Foster Care Income**

Foster Income received from a state or county sponsored organization may be considered acceptable with a two year history and the likelihood of continuation.

**NOTE:** A 12 to 24 month history is permitted as long as the income does not represent more than 30% of the total gross income that is utilized in qualifying the borrower.

**Documentation:**

- ✓ Letters from the organizations providing the income
- ✓ Two year tax returns
- ✓ Copies of deposit slips or bank statements confirming the regular deposits

**Military Income**

Base military pay, in addition to the following, are permitted:

- ✓ Flight or hazard pay
- ✓ Rations
- ✓ Clothing allowance
- ✓ Quarters' allowance
- ✓ Proficiency Pay

**NOTE:** Income paid to military reservists while they are fulfilling their reserve obligations is also acceptable if it satisfies the same stability and continuity tests applied to second-job income.

**Non-Taxable Income**

The underwriter must verify that the particular source of income is nontaxable and both the income and its tax-exempt status are likely to continue for the next three years. If the income is nontaxable and the income and its tax-exempt status are likely to continue, the underwriter may develop an "adjusted gross income" for the borrower by adding an amount equal to 25% of the nontaxable income to the borrower's income. If the actual amount of federal and state taxes that would generally be paid by a wage earner in a similar tax bracket is more than 25% of the borrower's nontaxable income, the underwriter may use that amount to develop the "adjusted gross income". This adjusted gross income should be used in calculating the borrower's qualifying ratio.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573221

 Lending Guide

# Employment and Income, Continued

---

### Sources of Acceptable Income, Continued

**Mortgage Credit Certificate**

Not permitted.

---

**Mortgage Differential Payments**

Acceptable if:

- ✓ Borrower's employer verifies subsidy in writing, stating the amount and duration of the payments.
- ✓ Continuation for the next three years
- ✓ Payments should be added to the borrower's gross income when calculating the qualifying ratio
- ✓ Cannot be used to offset directly the mortgage payment, even if the employer pays them to the mortgage lender rather than the borrower.

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573222

Lending Guide

# MortgageIT

---

# Employment and Income, Continued

---

### Sources of Acceptable Income, Continued

**Note Receivable Income**

- ✓ Must evidence continuance for at least 3 years
- ✓ Copy of the note to establish the amount and length of payment
- ✓ Must have been received for the last 12 months
- ✓ Acceptable evidence includes:
  - Deposit slips
  - Copies of signed federal income tax returns filed with IRS
  - Copies of bank statements reflecting deposit of funds

**NOTE:** Payments on a newly executed note that specifies a minimum duration of three years may not be used as stable income, but may be used to justify a higher qualifying ratio.

---

**Part-Time, Second or Multiple Income**

All types of supplemental income must be received, uninterrupted, for the most recent two years and supported by IRS W-2 forms.

---

**Pension / Retirement**

Income from retirement accounts must be verified by the employer's statement or benefit letter, tax returns or IRS W-2 forms. If bank statements are used as the primary verification source, they must confirm regular deposits. If the income is received monthly, it must be determined that the income is expected to continue for at least three years to be considered as qualifying income.

---

**Public Assistance**

- ✓ Received for the past two years
- ✓ Likely to continue for the next three years
- ✓ Documented by letters or exhibits from the paying agency stating the amount, frequency and duration of the benefits payments.

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573223

# MortgageIT

Lending Guide

## Employment and Income, Continued

### Sources of Acceptable Income, Continued

**Rental Income**     **When the subject property is a primary residence 2-4 unit**: If the underwriter uses rental income from the subject property in qualifying the borrower, MortgageIT will require the following:

- ✓ Operating Income Statement, and
- ✓ Current Lease (if subject was acquired subsequent to filing previous year's tax return), or
- ✓ Most recent federal income tax return (if subject was acquired prior to filing previous year's tax return).

Net rental income will be obtained from Form 216 (if the transaction is a purchase or if the subject was acquired subsequent to filing previous year's tax return). Net rental income will be obtained from Schedule E (if the subject was acquired prior to filing previous year's tax return).

**When rental income applies to properties owned by the borrower other than the subject property.** If the underwriter uses rental income to qualify the borrower, MortgageIT will require the following:

- ✓ Signed Current Lease (for properties acquired subsequent to filing previous year's tax return), or
- ✓ Most recent year federal tax returns with all schedules (for properties acquired prior to filing previous year's tax return).

Net rental income/loss will equal 75% of the gross rent per the lease (for properties acquired subsequent to filing previous year's tax return). Net rental income/loss will be obtained from Schedule E (for properties acquired prior to filing previous year's tax return).

**When the subject is an investment property**: If the underwriter must use rental income from the subject property to qualify the borrower, MortgageIT will require the following:

- ✓ Minimum 2 years landlord experience, and
- ✓ Evidence of 6-month rental loss insurance, and
- ✓ Current Lease (if subject was acquired subsequent to filing previous year's tax return), or
- ✓ Most recent year federal tax returns with all schedules (if subject was acquired prior to filing previous year's tax return).

Net rental income/loss will be obtained from Form 216 (if the transaction is a purchase). Net rental income/loss will be obtained from Form 216 (for properties acquired subsequent to filing previous year's tax return). Net rental income/loss will be obtained from Schedule E (for properties acquired prior to filing previous year's tax return).

*Continued on next page*

CONFIDENTIAL     ML_MassMutual_285-00573224

Lending Guide

# MortgageIT

---

## Employment and Income, Continued

| | |
|---|---|
| **Royalty Payments** | ✓ Most recent two year tax returns, including Schedule E.<br>✓ Document minimum 12 month receipt of income<br>✓ Income to continue for the next three years |
| **Seasonal Income** | Seasonal income can be considered as stable income if the borrower has worked in the same line of seasonal work for the past two years and the borrower's employer indicates that there is a reasonable expectation that the borrower will be rehired for the next season.<br><br>**NOTE:** Calculated over the most recent 24 months.  If income is declining, use the most recent year's income under close underwriter review. |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573225

# MortgageIT

Lending Guide

## Employment and Income, Continued

**Social Security**

Benefits that have a defined expiration date must have a remaining term of at least three years to be considered.  Acceptable verification for Social Security benefits includes:

✓ A copy of the Social Security Administration's award letter; or

✓ Copies of the borrower's two most recent bank statements to confirm regular deposit of the payment; or

✓ Signed tax returns or W-2's for the most recent two years.

**Trust Income**

A copy of the Trust Agreement of the trustee's statement confirming the amount, frequency, and duration of the payments should be provided.  The income must continue at least 3 years to be considered as income.

Borrowers completely relying upon trust income for the mortgage repayment must provide copies of the trust agreement and the most recent 2 years signed, dated federal tax returns, with supporting schedules.  The borrowers should have personal access to the trust assets.

**Unemployment Benefits**

Acceptable if properly documented:

✓ Received for the past two years

✓ Likely to continue for the next two years

✓ Copies of the past two year tax returns

**VA Benefits**

✓ Must be documented by a letter or distribution form from the Department of Veterans Affairs

✓ Must continue for the next three years

**NOTE:**  Education benefits are not acceptable.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573226

Lending Guide

# MortgageIT

---

# Employment and Income, Continued

---

**Unacceptable Sources of Income**

Income derived from any of the following may not be used in qualifying income.

- Income based on Future Earnings
- Draw Income
- Capital withdrawals
- Expense/Auto Reimbursement
- VA Education Benefits
- Income not listed on Tax Returns
- Illegal Income
- Any income that cannot be documented and verified

---

**Salaried Borrower**

A salaried borrower is defined as a wage earner that derives income through employment at a business where there is little or no ownership interest (<25%). Compensation may be based on an hourly, weekly, monthly or semi-monthly basis.

**NOTE:** Wage earners employed by a family member or working at a family business must provide the last 2 years tax returns with all schedules. Less than 2 years employment history may be considered at the underwriter's discretion for recent college graduates or military personnel.

---

**Salaried Income History**

MortgageIT requires salaried borrowers to exhibit the following employment standards:

- A minimum of two years employment history
- Prior to closing, MortgageIT will independently verify borrower is still employed via a Verbal VOE.

---

**Salaried Documentation**

Standard sources of proof of employment for a salary/wage-earning borrower are:

✓ W-2 for the past 2 years

**NOTE:** Handwritten pay-stubs will **NOT** be accepted unless supported by a written VOE and tax returns.

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573227

# MortgageIT
Lending Guide

## Employment and Income, Continued

**Salaried Verification of Employment**

Stand alone Verifications of Employment are not permitted for verification of employment or income.

**NOTE:** MortgageIT must verbally verify the Borrower(s) employment prior to closing.

**Self-Employed Borrowers**

Self-employed borrowers add an additional layer of risk than salaried borrowers, since the main source of income for self-employed borrowers is their business.

✓ Individuals who own at least 25% of a business
✓ Individuals whose combined business interest comprise 25% or more of the total

Self-employed borrowers income depends on the continuity of the business. Therefore, specific documentation relating to the business (such as P&L statements and federal business returns) is required for borrowers who are self-employed.

**Self-Employed Income History**

Self-employed borrowers must have a history of stable and durable income for the previous 2 years. A written income analysis should be prepared and included in the loan file.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573228

Lending Guide

# MortgageIT

---

# Employment and Income, Continued

---

**Self-Employed
Documentation**

Standard sources of proof of employment for a self-employed borrower are:

**Sole Proprietorship**

✓ Last two years personal 1040s

✓ Schedule "C"

✓ If tax filing deadline has passed, must obtain an executed extension.

**General and Limited Partnership, Limited Liability Corporations and "S" Corporations**

✓ Last two years personal 1040s

✓ Last two years 1065s

✓ Last two years K-1s

✓ All associated schedules

**Corporations**

- Last two years personal 1040s
- Last two years 1120s
- All associated schedules

**NOTE:** Handwritten pay-stubs will **NOT** be accepted unless supported by computer generated W-2's and/or signed 1040's and Form 4506-T from the IRS covering the appropriate period.

---

CONFIDENTIAL

ML_MassMutual_285-00573229

# MortgageIT

Lending Guide

## Assets and Liquidity

**Overview**

Liquidity or cash reserve describes cash or the ability to convert assets to cash in a short time. Net worth without liquidity is not enough. A borrower's balance sheet should reflect and validate the estimates concerning his or her prior and current income stream. Higher incomes should translate into liquidity found on the borrower's balance sheet.

**Eligible Assets**

The following types of accounts will be considered eligible liquid assets for closing costs and reserves:

- ✓ Stocks/Bonds
- ✓ Bridge Loan
- ✓ Certificate of Deposit
- ✓ Checking Account
- ✓ Gift
- ✓ Gift of Equity
- ✓ Money Market Fund
- ✓ Mutual Fund
- ✓ Retirement Fund
- ✓ Savings Account
- ✓ Trust Funds

*Continued on next page*

CONFIDENTIAL

Lending Guide                      **MortgageIT**

# Assets and Liquidity, Continued

**Eligible Assets, Continued**

Verification Requirements:
- determined by AUS, or
- Two consecutive monthly bank statements.
- Satisfactory explanation and documentation should be provided for large deposits in excess of one month's salary.

The following types of accounts will be considered eligible assets for reserves at 70% of value:
- ✓ Individual Retirement (IRA) and Keogh Accounts
- ✓ 401 (k) Plan Accounts

**Ineligible Assets**

- ✓ Cash on hand
- ✓ Sweat Equity
- ✓ Pooled funds
- ✓ Stock options

**REV 9/19/05**
**Reserves**

Determined by AUS.

Manually Underwritten
- ✓ Primary Residence, Second Home – 2 months PITI
- ✓ Investment Property – 6 months PITI

**NOTE:**
- Investment property requires a minimum of 6 months verified PITI reserves for each investment property on which the borrower has a loan delivered to MortgageIT.
- Proceeds from a second mortgage cannot be used as reserves on the first mortgage.

**IMPORTANT:** Cash Out Refinances do not require reserves.

*Continued on next page*

CONFIDENTIAL                      ML_MassMutual_285-00573231

# MortgageIT

## Lending Guide

## Assets and Liquidity, Continued

**Verification of Deposits**

To substantiate a borrower has sufficient cash deposits and other assets available to complete the mortgage transaction and retain adequate reserves after closing; the loan file must verify the amount in the borrower's depository accounts (checking accounts, savings accounts and retirement accounts) for the two-month period that precedes the date of the loan application.  When there is a recently opened account, a recently received large deposit, or an account balance considerably greater than the average balance the source of funds must be documented.  The loan file must also verify the value of the borrower's other financial investments (stocks, bonds, mutual funds, etc.) as of the date of the loan application.

A **Request for Verification of Deposit (VOD)** may be used to verify activity in the borrower's depository accounts.  The current balance may be utilized if it is consistent with the average 2 month balance.

**Bank Statements**
Instead of sending a Request for Verification of Deposit to each of the borrower's depositories or account holders, verify available funds for closing by obtaining from the borrower a copy of the applicable bank or investment portfolio statements that cover activity in the accounts for the most recent two-month period (or, if account information is reported on a quarterly basis, for the most recent quarter).

If the latest bank statement is more than 45 days earlier than the date of the loan application, a more recent supplemental bank-generated form that shows the account number, balance and date is required.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573232

Lending Guide

# MortgageIT

---

# Assets and Liquidity, Continued

---

**Verification of Deposit,** (continued)

The statements may be computer-generated forms (e.g. on-line account or portfolio statements) downloaded through the Internet.

✓ "FAXED" or documents downloaded from the Internet must clearly identify the name of the depository or investment institution and the source of the information (e.g. the information is contained in the banner that is at the top of the document).

✓ Bank or investment portfolio statements must clearly identify the borrower as the account holder and include:

- The account number;
- The time period covered by the statement;
- All deposits and withdrawal transactions (for a depository account) or all purchase and sale transactions (for a financial portfolio account); and
- The ending account balance.

Retirement Accounts

✓ Retirement account statements must identify the borrower's vested amount and the terms and conditions for loans or the withdrawal of funds.

✓ Calculate at 70% of the vested amount

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573233

# MortgageIT

Lending Guide

## Assets and Liquidity, Continued

**Gifts**

Gifts must be from relatives, domestic partners, or fiancé/fiancée.  No portion of the down payment may be donated by interested parties to the transaction including sellers, realtors, brokers, or sales associates.

The following conditions apply when a gift if being used for down payment, closing costs or prepaid items:

✓ Generally, the borrower must invest at least 5% of his/her own funds toward the down payment unless the gift is 20% of the lesser of the sales price or appraised value of the property. If the gift towards down payment is 20% or more, the borrower is not required to make an investment from his or her own funds.

✓ The gift donor must be a relative or someone who can demonstrate a history of shared financial relationship with the borrower.  A relative is any person related by blood, legal proceedings, marriage or adoption.

✓ Not permitted for Investment properties.

The gift must be verified and documented as follows:

✓ Donor's gift letter stating: relationship to borrower, amount of the gift, date the gift was/will be given, the donor's name and address and that the gift does not need to be repaid.

✓ Verification of transfer of gift funds via cancelled check, deposit slip and a copy of the check, or copy of the check and bank statement reflecting deposit.

Gifts are an eligible source of down payment and/or closing costs for primary residence or second homes, provided they are donated by a related person (see below) and are not required to be repaid by the borrower.

**NOTE:**  Specific product, program or agency minimum investment standards may differ.  Review product guidelines for specific products.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573234

Lending Guide

# MortgageIT®

---

# Assets and Liquidity, Continued

---

**Sources of Funds for Closing**

MortgageIT must verify that the borrower has sufficient cash deposits and other assets to confirm the level of reserves the borrower will have after closing.  Generally, the borrower must have enough assets to cover the minimum required down payment that must come from his or her funds. However, funds received from other acceptable sources can be used to accompany the minimum down payment from the borrower's funds to pay the borrower's share of the closing costs and prepaid items and to satisfy the reserve requirement.

<u>Acceptable sources of down payment</u>:

✓ Gift (or Grant)

✓ Trade Equity – funds from their existing home in trade as part of the down payment

✓ Rent Credit – lease-purchase funds

✓ Funds held in a checking or savings account

✓ Stocks
  • A photocopy of the stock certificate, accompanied by a current dated newspaper stock list.

✓ Government Bonds
  • The value of government bonds should be based on their purchase price unless the redemption value can be documented.

✓ Mutual Funds

✓ Trust Accounts
  • Funds disbursed from a borrower's trust account are an acceptable source of the down payment and reserve requirements if the borrower has immediate access to them.  Confirmation from the trust manager or trustee is to verify the value of the trust account and prove the conditions under which the borrower has access to funds.

✓ Retirement Accounts (IRA/Keogh Accounts, 401Ks) as discussed under the Assets and Liquidity/Verification of Deposit Section.

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573235

# MortgageIT

Lending Guide

## Assets and Liquidity, Continued

**Deposit on Sales Contract**

The deposit on the sales contract is an acceptable source for down payment and/or closing costs.  When the deposit is used to make any portion of the borrower's down payment it must come from his/her own funds.  Verification that the deposit has cleared the bank must be documented if it is 2% of the sales price or greater.  When the deposit is 2% over the sales price the money must be sourced as follows:

The source must be verified with either:
- ✓ Bank statements for most recent two months (If check has cleared account, the statement should cover the period up to and including the date the check cleared).
- ✓ Verification that the deposit has cleared the bank **must** be documented if it is 2% of the sales price or greater.
- ✓ VOD with average balance for past two months evidencing balance sufficient to cover the deposit.

**Checking and Savings Accounts**

- ✓ Use either a Request for Verification of Deposit (Form 1006 or 1006(S)); or
- ✓ Borrower's bank statements for the most recent two months.
- ✓ Large deposits and recently opened accounts must be documented and explained.

**Donations from Entities**

An owner-occupant borrower can use funds donated by a church, municipality, non-profit organization (excluding a credit union), or public agency as a gift (or grant) to pay part of the closing costs or supplement his or her financial reserves.
**NOTE:**  Cannot be used toward down payment requirements.

**Disaster Relief Grant or Loan**

- ✓ Borrower may use a lump-sum disaster relief grant or loan to satisfy down payment requirement
- ✓ Borrower does not have to make a minimum cash down payment for his/her own funds for grant or loan to be used

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573236

Lending Guide

# MortgageIT®

---

## Assets and Liquidity, Continued

---

**Borrower Funds Secured by an Asset**
- ✓ May be used as a source of funds for down payment, closing costs, and financial reserves.
- ✓ Document terms of the secured loan
- ✓ Calculate monthly payments and consider in debt ratio

---

**Cash Value of Life Insurance**
- ✓ Can be used as a source of funds for the down payment, closing costs, and financial reserves.
- ✓ Document by providing a copy of the check from the insurer or a copy of the payout statement issued by the insurer

---

**Credit Card Financing**
- ✓ Cannot exceed 1% of mortgage amount
- ✓ Actual cost of appraisal – up to $500 – may be charged on credit card and will not be considered in the 1% limitation.
- ✓ May be used for application fee process charges (i.e., lock-in fees, credit report, appraisal).

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573237

 **Lending Guide**

## Assets and Liquidity, Continued

**Real Estate Proceeds**

To use proceeds from the sale of a currently owned other-real-estate property for closing-fund requirements and post-closing liquidity/cash reserve ratio calculations, use the following guidelines:
- ✓ The closing of the other real estate transaction must take place prior to or simultaneous with the subject closing; and
- ✓ The net proceeds to the borrower must be verified via
  - HUD-1 statement
  - Closing statement
- ✓ Equity statement from the closing agent

**Bridge Loan**

Bridge (or swing) loans are a form of second trust that is collateralized by the borrower's present home, which is usually for sale.  By using funds from a bridge loan, the borrower can close on a new house before selling his/her existing house.  A specified limitation on the term of a bridge loan is not required.

This type of financing is acceptable if:
- ✓ The purchaser has the ability to carry the payment on:
  - The new home
  - The payment on the other obligations
  - The payment on the current home
  - The payment on the bridge loan
- ✓ If the repayment schedule for the bridge loan is not monthly, it must be converted to a monthly amount for qualifying purposes.
- ✓ The bridge loan is not cross-collateralized against the new property.

Exclusion of a debt for the present home and for a bridge loan is allowed if:
- ✓ Copy of the executed sales contract for the present home
- ✓ Copy of the lender's commitment to the buyer of the present residence (if the contract contains a financing contingency).
- ✓ Evidence of 6 months reserves covering the PITI of the previous residence in addition to the first mortgage reserve requirements

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573238

Lending Guide



# Assets and Liquidity, Continued

**Trust Account Funds**

To use trust account funds for closing funds and post-closing liquidity/cash reserve ratio calculations:
- ✓ Borrower must have access to the trust account funds
- ✓ Trustee must verify the amount that the borrower can withdraw

**Sale of Stocks or Bonds**

The existence and value of the stock or bonds must be verified. The value of stocks may be verified with a current statement from the stockbroker. A copy of the stock certificate and dated newspaper stock price list must verify the value and existence of stock not held by a financial institution.

**NOTE:** Verification of sale is required only if the specific funds are needed for closing.

**Stock Options**

To use stock options (the right to purchase stock at a set price, the "strike price") as closing funds:
- ✓ Options should be exercised and only the net proceeds should be used
- ✓ Verification of deposit
- ✓ Proof of options per brokerage statements

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573239

# MortgageIT

## Lending Guide

# Assets and Liquidity, Continued

**Third Party Contributions**

Certain parties (seller, builder, Realtor, etc.) may choose to pay a portion of the closing costs (which are normally paid by the borrower) on the borrower's behalf. This contribution has certain limits before it begins to impact the transaction.

Once the contribution limits are exceeded, the amount that exceeds the limits must be deducted from the sales price, and the loan amount and LTV must be adjusted accordingly.

The maximum allowable contributions from interested parties, which depend on the loan-to-value ratio (or combined loan-to-value ratio, if subordinate financing is involved) and the occupancy type, are limited to:

| Seller Contributions | | |
|---|---|---|
| **Occupancy** | **LTV Range** | **Maximum Contribution** |
| Primary Residence Second Home | >90.00 | 3% |
| | 75.01 – 90.00 | 6% |
| | <=75.00 | 9% |
| Investment Property | All | 2% |

**Gift of Equity**

A gift of equity will be treated as a liquid asset and must be documented with a gift letter. A gift of Equity may not be allowed on all transactions; only allowed on non-arms length transactions (full/alt documentation only).
- ✓ Sales contract must reference the amount of equity gift being transferred
- ✓ Seller must be a relative
- ✓ No other closing costs credit are permitted
- ✓ Primary Residence Only
- ✓ Appraiser to acknowledge the gift equity and state no effect on value
- ✓ All limitations on gift funds apply

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573240

Lending Guide

# MortgageIT

# Assets and Liquidity, Continued

**Retirement**

Retirement accounts (IRAs, Keogh accounts, 401(k) accounts, etc.) are subject to withdrawal penalties and tax surcharges if withdrawn prior to normal distributions.

Because of these restrictions, the following guidelines apply to the use of retirement accounts for closing-fund requirements:
- ✓ Unless specified by an automated underwriting system, 70% of IRAs, Keogh Accounts, 401(k) Accounts, and the cash value of annuities can be used to determine funds available for withdrawal.
- ✓ Borrower must provide evidence of the receipt of sufficient funds for closing.

**Large Deposit**

- ✓ Any deposit larger than one month's salary; and
- ✓ Cumulative monthly deposits larger than one month's salary must be explained and documented.

**NOTE:**  As applicable to utilized AUS engine (DU or LP).

**1031 Exchange**

The borrower's down payment in a purchase may stem from a tax-deferred exchange (TDE).  To qualify for this favorable treatment, the original and replacement, propertied must be like-kind in nature or character.  Most, if not all, exchanges of real properties qualify as like-kind exchanges.

There are two types of acceptable tax deferred exchanges:
- ✓ 1031 is an exchange of equity in business/investment property for like-kind.  The property held and traded must be for either business or investment.  This includes:
  - • Rental property such as residential properties and multi-family properties
  - • Apartment houses
  - • Commercial property
- ✓ 1034 is an exchange of equity in owner-occupied residential property for like-kind
- ✓ Title must be taken in the same manner that the title was held on the previous property

**NOTE:**  1031 and 1034 exchanges cannot be combined unless one of the properties is a 2-4 unit property.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573241



**Lending Guide**

# Assets and Liquidity, Continued

### 1031 Exchange, Continued

Frequently, TDEs involve a "qualified intermediary" or, an unrelated party who, for a fee, acts to facilitate the deferred exchange.  A "qualified intermediary" may not be an employee, related family member or one who has generally acted as a professional advisor (i.e. attorney, accountant, investment broker, real estate agent or banker) within a two-year period preceding the exchange.

Most often, a "qualified intermediary" or "accommodator" is an Escrow Company or licensed Exchange Company.

It is the responsibility of the Branch/Regional Manager to verify that the "qualified intermediary" or "accommodator" documents all licensing requirements (if applicable).

When the down payment stems from a tax deferred exchange, the following should be applied:

✓ The property being traded must be reduced to cash in an arms length transaction.

✓ The property being acquired must be equal to or greater in value to the property being traded.

**NOTE:** Preliminary title reports may be one way of documenting time of ownership.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573242

Lending Guide 

# Assets and Liquidity, Continued

### 1031 Exchange, Continued

The borrower's equity is calculated as the LOWER of:
- ✓ The net trade from the purchase contract,
- ✓ The gross trade value from the purchase contract LESS the sum of the transfer fees, all lien balances on the currently owned property and transfer fees on the new property; or
- ✓ The appraised value of the borrower's currently-owned property LESS the sum of transfer fees and all lien balances on the property PLUS any transfer fees on the new property.

For concurrent closings (where the property being traded is closing at the same time as the new transaction), we must obtain:
- ✓ Preliminary title reports for all properties,
- ✓ The sales contracts/escrow instructions on all properties, and
- ✓ Copy of the agreement from the "qualified intermediary" or "accommodator";

For transactions closed prior to the new transaction, we must obtain:
- ✓ A copy of the HUD-1 for all properties;
- ✓ The sales contracts/escrow instructions on all properties;
- ✓ Copy of the agreement from the "qualified intermediary" or "accommodator";
- ✓ Verification of available equity held by the "qualified intermediary" or "accommodator" to be used as funds towards the down payment.

*Continued on next page*

CONFIDENTIAL

# MortgageIT

Lending Guide

## Assets and Liquidity, Continued

**Business Funds**

In some cases, business accounts are an acceptable source of down payment or reserves; however, they are not acceptable under all circumstances because these funds are typically required to meet current business overhead and future capital requirements and generally are not representative of the borrower's savings history.

Consideration for use of business accounts is an "exception" to policy. Exceptions may be considered by the underwriter if the borrower can evidence that the withdrawal of the funds will not impact the operation of the business.

Businesses other than the following types may require additional supportive documentation as deemed appropriate by the underwriter:

- ✓ Sole proprietor
- ✓ Sub Chapter S
- ✓ Individually owned Corporation

**NOTE:** Documentation from a disinterested third party (CPA, Tax Attorney, etc.) confirming the use of these funds will not adversely affect the business is required.

CONFIDENTIAL

ML_MassMutual_285-00573244

Lending Guide

# MortgageIT

# Properties

| | |
|---|---|
| **Eligible Property Types** | ✓ Single Family Residences – Attached and Detached |
| | ✓ 2-4 Units |
| | ✓ Modular Homes |
| | ✓ Condominiums |
| | ✓ Non-Warrantable as permitted by specific product summary |
| | ✓ PUDs |
| | ✓ Mixed Use Properties |
| | ✓ Leasehold Estate properties |
| | ✓ "Live-work" type loft-style condominiums are those usually used for artist' studio, workshops, factories or galleries – must meet mixed use property requirements |
| | ✓ Condotels – to be coded in DataTrac as Commercial Property |
| | ✓ Legal Non-Conforming use of land – rebuild letter is required |
| | ✓ Cooperatives – **Retail Division Only** |
| | ✓ Properties with excessive acreage require approval from Credit Management |
| | ✓ True and Sided Log Homes with acceptable area comparables |

| | |
|---|---|
| **Ineligible Property Types** | ✓ Manufactured Homes |
| | ✓ Timeshare/segmented ownership |
| | ✓ Houseboats |
| | ✓ Geodesic Domes |
| | ✓ Mobile Homes |
| | ✓ Working Farms, ranches, orchards, commercial operations |
| | ✓ Unimproved Land |
| | ✓ Multi-dwelling condominiums |
| | ✓ Properties with deed restrictions that limit transferability of title, or contain a "first right of refusal" provision, unless prior approved by MortgageIT |
| | ✓ Cooperatives – **Wholesale Division Only** |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573245

**MortgageIT**  Lending Guide

## Properties, Continued

| | |
|---|---|
| **Age of Appraisals** | ✓ Appraisals are valid for 12 months<br>✓ A Certification of completion or appraisal update, either as a letter or as a form that provides the necessary information, are required after 120 days, or 180 days for new construction. |
| **Uniform Standards of Professional Appraisal Practice (USPAP)** | All appraisals must conform to and recognize the USPAP as the minimum appraisal standards.<br>✓ Appraisers must be state-licensed and strictly adhere to USPAP guidelines<br>✓ Copy of Appraiser's license or state mandated on-line verification is required |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573246

Lending Guide

# MortgageIT

---

## Properties, Continued

**Appraisal Forms**  The following is a listing of appraisal forms to be utilized for all property types eligible for financing. The most recent revision of the listed appraisal form must be used.

| Appraisal Forms | |
|---|---|
| FNMA 1004/ FHLMC 70 | Used for single-family properties, both attached & detached including PUD and site-detached condominiums. |
| FNMA/FHLMC 2055 | Streamlined version of the 1004/70 and can be used as instructed by an automated underwriting system. |
| FNMA 1075 | Used for an exterior only inspection of a condominium. |
| FNMA 1073/FHLMC 465 | Used for condominium properties. |
| FNMA 1025/FHLMC 72 | Used in the appraisal of two-to-four unit properties (A duplex, triplex or four-plex). |
| FNMA 2075 | Streamlined inspection report and can be used as instructed by an automated underwriting system. Freddie Mac will also accept this form in lieu of the FHLMC 2070/Exterior Inspection. |
| FHLMC 2070 | Streamlined inspection report and can be used as instructed by an automated underwriting system. This form is only for loans targeted for FHLMC product type. Fannie Mae will not accept this form in lieu of the FNMA 2075. |
| FNMA 1004D | Used for appraisal updates and/or completion reports for all 1-4 Unit appraisal reports. |
| FNMA 2000 | Used for appraisal field reviews for one-unit properties. |
| FNMA 2000A | Used for appraisal field reviews for two-to-four unit properties. |
| FNMA 2090 (Retail Only) | Used for an appraisal of an individual cooperative unit-Interior/Exterior. |
| FNMA 2095 (Retail Only) | Used for an appraisal on a cooperative unit based on exterior only inspection. |

*Continued on next page*

CONFIDENTIAL                    ML_MassMutual_285-00573247

**MortgageIT**                                           Lending Guide

## Properties, Continued

---

**Investment Appraisal Forms**

In addition to the appraisal forms specified, the following forms are required for investment properties:

| Investment Appraisal Forms | |
|---|---|
| FNMA 216/FHLMC 998 One-to-Four Unit Investment Property Operating Income Statement. | Form required for owner occupied and non-owner occupied properties where the borrower is using rental income to qualify. <br><br> If entire payment is calculated in debt ratio this form may be eliminated. |
| FNMA 1007/FHLMC 1000 Single Family Comparable Rent Schedule | Form required for single-family units where the borrower is using rental income to qualify. If entire payment is calculated in debt ratio this form may be eliminated. |

---

*Continued on next page*

CONFIDENTIAL

# Lending Guide

# MortgageIT™

## Properties, Continued

**Streamline Appraisal Forms**

MortgageIT encourages the use of streamlined appraisal alternatives as directed by the AU System.

It is important to remember that any changes to the transaction including but not limited to factors such as LTV, loan purpose, or property address may cause the automated system to upgrade the type of property appraisal required. The following is a listing of instructions for each streamlined alternative:

| Streamline Appraisal Forms | |
|---|---|
| Form 2055 FNMA/FHLMC | ✓ Quantitative Analysis Appraisal Report is for use in both an "interior/exterior" and "exterior only" inspection.<br>✓ For an "exterior only" inspection, the appraiser must be able to obtain sufficient information or reconcile discrepancies between the data sources utilized<br>✓ If the appraiser is unable to do this, the report must be upgraded to include an "interior" inspection. |
| Exterior only requirements | ✓ A street map that shows the location of the subject property and the location of the comparable sales.<br>✓ A photograph of the front of the subject property. The appraiser is not required to photograph the street scene or the comparables, but is required to physically inspect the subject neighborhood and the comparable sales. |
| If the appraiser determines the property to be proposed construction or is undergoing renovation, the report must be upgraded to include an "interior" inspection. | For an "interior/exterior" inspection appraisal, the appraiser is required to provide the following:<br>✓ An exterior building sketch of the improvements that indicates the dimensions.<br>✓ A street map that shows the location of the subject property and the location of the comparable sales.<br>✓ A photograph that shows the front, the rear and a street view of the subject property.<br>✓ Photographs that show the front view of each comparable sale.<br>✓ Certification of completion, if applicable. |

*Continued on next page*

CONFIDENTIAL

# MortgageIT

Lending Guide

## Properties, Continued

---

**Streamline Appraisal Forms, continued**

| Streamline Appraisal Forms |
|---|

| | |
|---|---|
| Form 2075 – Desktop Underwriter Property Inspection Report FNMA/FHLMC | ✓ Comparable sales are not provided as the automated underwriting system has made a value determination based on property information available within the automated system.<br><br>✓ The appraiser is required to comment on the conformity of the subject property to zoning regulations and other properties in the neighborhood, the highest and best use of the property as improved, as well as any other adverse physical deficiencies or conditions where observed.<br><br>✓ If the property does not conform to the neighborhood, the appraiser must advise the lender that the report should be upgraded to the Form 2055 with an "interior" inspection.<br><br>✓ The required exhibits when using Form 2075 are as follows:<br>  • A street map that shows the location of the subject property.<br>  • A photograph that shows the front view of the subject property. |
| Form 2070 – Loan Prospector Condition and Marketability Report – FHLMC | ✓ Form 2070 should only be accepted if the loan is a Freddie Mac product.<br><br>✓ Follow 2075 instructions above when using this streamlined alternative. Fannie Mae will not accept the 2070 Form in lieu of 2075. The 2070-streamlined alternative may offer either an "interior/exterior" or "exterior" only. |
| Photograph Specifics – Subject | ✓ Photographs must be originals that are produced either by photography or electronic imaging. We do not require photographs of comparable rentals and rental listings. |

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573250

Lending Guide

# MortgageIT

---

# Properties, Continued

---

**Property Inspection Waivers**

The Desktop Underwriter (DU) Property Inspection Waiver Service (PIW) enables subscribers to exercise the option to waive the fieldwork and the property condition representations and warranties associated with certain DU Property Inspection Report recommendations.

- ✓ Conventional Fixed Rate products for all available amortization types are allowed for the PIW only
- ✓ Primary Residence
- ✓ Second Homes
- ✓ Single Family one unit Residences:
  - PUDs
  - Rural Property
  - Modular Homes
  - FNMA approved Low & High Rise Condos

The following transaction and property types are not eligible to receive a recommendation for a PIW:
- Two to four unit property
- Investment property
- Co-Operative unit
- Construction-permanent
- Construction
- Homes requiring significant repair

---

**Appraisal Requirement**

If loan is manually underwritten, a full appraisal form 1004 is required.

---

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573251

# MortgageIT

**Lending Guide**

## Properties, Continued

| | |
|---|---|
| **Approved National Appraisers** | The following companies are approved by MortgageIT for review appraisals: |

**Hawaii:** Review appraisals for subject properties located in Hawaii must be preformed by Lender Service Inc (LSI) or Nationwide Appraisal Services Corporation.

**LandSafe Appraisal Services, Inc.**
Office  888-626-8451
Fax  888-626-8452

**Lender Service Inc (LSI)**
Office  800-574-2567
Fax 800-638-7891

**Hansen Quality Appraisal Service**
Office 858-483-6101
Fax 858-483-9493 or 858-483-3253

**eAppraiseIT.com** (formerly First American Appraisal Services)
Office 800-281-6200 extension 6977
Fax 800-681-6023

**Nationwide Appraisal Services Corporation**
Office 800-920-0050
Fax 800-396-2726

**Appraisal Enhancement Services**
Office 800-657-2400
Fax 800-668-8585

**Property Sciences Group Inc (California Only)**
Office 925-246-7300
Fax 925-680-8800

**Metropolitan Advisors (Southern California Only)**
Office 562-462-9250
Fax 562-462-9260

**Nations Valuation Services** (formerly Revco)
Office 858-456-7604
Fax 858-456-7606

**Apple Appraisal**
Office 925-313-5900
Fax 925-313-5906

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573252

Lending Guide

# MortgageIT

## Properties, Continued

**Private Road Maintenance**

If the property is on a community-owned or privately owned and maintained street, there should be an adequate, legally enforceable agreement for maintenance of the street.

The privately owned and maintained street should be common and customary to the area.  The appraiser must comment on the effect of that location on the marketability of the subject property.

**Mixed Use Properties**

Acceptability of mixed-use properties is limited as follows:

✓ Property must be a one-family property that the borrower occupies as his or her principal residence.
✓ Property must represent a legal, permissible use of the property under the local zoning requirements.
✓ Borrower must be both the owner and the operator of the business
✓ Property must be primarily residential in nature.  Generally, commercial use should not exceed 20% of total gross living area.
✓ Market value of the property must be primarily a function of its residential characteristics rather than the business use or any special business-use modifications that were made.

Examples of acceptable mixed-use properties:

✓ Day care
✓ Beauty Shops
✓ Specialty store
✓ Doctor's office

If the property has been modified to accommodate a mixed-use, the appraiser should address whether the modifications affect the property's marketability as a residence and whether the cost to restore the property to a solely residential use will affect its value.  An appraisal must be obtained for the mixed-use property.  Property inspections and waivers are not permitted.

A home office in a condominium unit is acceptable, if there are no employees.  The mixed use must not be restricted by the condominium project.

**NOTE:**  An unacceptable mixed use property would be a grocery store located under condo units.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573253

# MortgageIT

Lending Guide

## Properties, Continued

**Condos**

### Definition

A condominium is a real estate project formed according to state condominium statutes, a recorded declaration, and other constituent documents.  The structure is generally of two or more units.  The interior space of the units is individually owned.  The balance of the property (both land and building) is owned in common by the owners of the individual units.  The common areas are administered and maintained by an owners' association that levies monthly maintenance charges against each unit owner.

**Ineligible Condo Projects**

The following types of condominiums are not eligible for financing unless allowed by the specific product guidelines.

Condominium projects that have hotel type services such as:

✓  Short-term occupancy

✓  Nightly Rental Bellman

✓  Daily Maid Service

✓  Food Service

✓  Advertisement of hotel type services

✓  Shared revenue between hotel (or condo association) and unit owner

✓  Timeshare Projects

✓  Houseboat Projects

✓  Multi-dwelling unit condo projects that permit an owner to hold title to more than one dwelling unit with ownership evidenced by a single deed or mortgage

✓  Mixed use (condo) projects with in excess of 25% commercial space or any commercial use that is not compatible with the overall residential nature of the project (cocktail lounge, nightclub, and arcade, anything that would generate excessive noise or traffic).

✓  Projects with leased recreational facilities outside the State of Florida

*Continued on next page*

CONFIDENTIAL

Lending Guide                         **MortgageIT**

## Properties, Continued

**Condo Recreational Lease**

The recreational lease must meet leasehold estate criteria:

- ✓ Must be located in the State of Florida
- ✓ Subordinate to any mortgage
- ✓ Rent must be fixed and reasonable
- ✓ Rent must be paid as part of the HOA fees
- ✓ Contain an option for HOA to buyout the lease
- ✓ Must be approved by a Credit Manager

**Condo Inclusionary Zoning**

To provide affordable housing for low and moderate-income persons, state and local governments have introduced the concept of inclusionary zoning.  When a condominium project is located in an area that has passed inclusionary zoning restrictions as a means of providing affordable housing, the project's declaration must address all of the following:

- ✓ Source of the deed restrictions in the public land records
- ✓ Subordination of the deed restrictions to a mortgage on the unit estate and the priority of the mortgage holder's right to any hazard insurance settlement or condemnation award
- ✓ Number of restricted units
- ✓ Any provision of the deed restrictions that would impair a mortgage holder's legal rights to remedy a default under the mortgage or that would require the mortgage holder to send a notice of default or foreclosure to any third party (including the zoning authority or local jurisdiction).
- ✓ Terms of any resale controls that affects the restricted units.  (In the event of a foreclosure or deed in lieu of foreclosure, future sales of the unit must not be subject to any resale restrictions.)

*Continued on next page*

CONFIDENTIAL                              ML_MassMutual_285-00573255

# Mortgage**IT**

Lending Guide

## Properties, Continued

**Condos-**
**Fannie Mae**
**Projects**

The following Fannie Mae condo projects are eligible for purchase:

**Type P – Limited Review, New Project**

✓ The project must meet **all** current Fannie Mae requirements for a Type P project.

✓ The Fannie Mae transmittal (1008) must indicate:
- The project type (Fannie P)
- Statement that the project is not ineligible

✓ All applicable insurance documentation required by Fannie Mae must be included in the loan at time of delivery.

**Type Q – Limited Review, Established or 2-4 Unit Projects**

✓ The project must meet **all** current Fannie Mae requirements for a Type Q project.

✓ The Fannie Mae transmittal (1008) must indicate:
- The project type (Fannie Q)
- Statement that the project is not ineligible

✓ All applicable insurance documentation required by Fannie Mae must be included in the loan at time of delivery.

**Type R – Expedited Review, New Project**

✓ The project must meet **all** current Fannie Mae requirements for a Type R project.

✓ The Fannie Mae transmittal (1008) must indicate:
- The project type (Fannie R)

✓ MortgageIT **requires** a copy of the (CPM) project acceptance certification in the loan file at time of delivery for purchase.

✓ All applicable insurance documentation required by Fannie Mae must be included in the loan at time of delivery.

*Continued on next page*

CONFIDENTIAL

Lending Guide 

## Properties, Continued

**Condos – Fannie Mae Projects** (continued)

### Type S – Expedited Review, Established or 2-4 Unit Projects

✓ The project must meet **all** current Fannie Mae requirements for a Type S project.

✓ The Fannie Mae transmittal (1008) must indicate:
  • The project type (Fannie S)

✓ Include the (CPM) project acceptance certification in the loan file at time of deliver for purchase, if obtained.

If CPM is not utilized and the Condo project is manually approved, you must represent and warrant the subject project meets the following eligibility criteria:

  • At least 50 percent of the total units in the project must have been conveyed to principal residence purchasers or second home purchasers. However, this 50 percent occupancy requirement does not apply when a loan that is secured by a unit that is conveyed to a purchaser who is occupying the unit as a principal residence or second home (i.e. not an investment property). No single entity (the same individual, investor group, partnership, or corporation) may own more than 10 percent of the total units in the project. In the case of two-unit to four-unit condominium projects, all but one unit must have been sold to principal residence or second home purchasers.

  • All units, common elements, and facilities within the project — including those that are owned by any master association — must have been completed and the project cannot be subject to additional phasing or annexation.

  • Control of the homeowners' association must have been turned over to the unit purchasers (not required on two-unit to four-unit condominium projects).

  • The units in the project may be owned in fee simple or leasehold and the unit owners must be the sole owners of and have rights to the use of the project's facilities, common elements, and limited common elements.

✓ All applicable insurance documentation required by Fannie Mae must be included in the loan at time of delivery.

*Continued on next page*

CONFIDENTIAL



**Lending Guide**

# Properties, Continued

---

**Condos – Fannie Mae Projects** (continued)

### Type T – Fannie Mae Review

- ✓ The project must meet **all** current Fannie Mae requirements for a Type T project
- ✓ The Fannie Mae transmittal (1008) must indicate:
  - • The project type (Fannie T)
- ✓ The Fannie Mae letter of approval/acceptance must be included in the loan file at time of delivery for purchase.
- ✓ All applicable insurance documentation required by Fannie Mae must be included in the loan at time of delivery.

### Type U – FHA-Approved Project

- ✓ The project must meet **all** current Fannie Mae requirements for a Type U project.
- ✓ The Fannie Mae transmittal (1008) must indicate:
  - • The project type (Fannie U)
- ✓ Include a copy of the FHA-approval documentation in the loan file at time of delivery for purchase.

All applicable insurance documentation required by Fannie Mae must be included in the loan at time of delivery.

---

*Continued on next page*

CONFIDENTIAL

Lending Guide 

# Properties, Continued

| | |
|---|---|
| **FHLMC Condo Class I** | MortgageIT does not process initial Class I Condominiums. |

**FHLMC Condo Class II**

Class II is for existing Projects with the homeowners in control on the HOA for no minimum length of time:

- 100% completion of the project, including all units, common amenities, recreational facilities (must include those that are part of the master association).
- Homeowners in control of the HOA
- 70% closed sales
- Maximum of 40% non-owner occupied units are allowed in the project
- 15% maximum (30 days) delinquencies in the HOA assessments

✓ All Occupancy types are permitted

✓ LTV/CLTV parameters set by the individual product summaries

✓ Fee simple and approved leasehold estates

✓ If the appraisal (or legal documents) indicates the condominium project is located in an area that has passed inclusionary zoning restrictions, it must meet the criteria outlined in this Lending Guide.

✓ Blanket insurance coverage for the project relative to fire, hazard, flood (if applicable), liability and fidelity bond (if more than 20 units).

**Required Documentation**

✓ Declaration page of the insurance policy

✓ Appraisal (FHLMC 465) on the subject unit

✓ Project budget

✓ Projects legal documentation (recorded copies of master deed and bylaws)

✓ Condo Questionnaire

*Continued on next page*

CONFIDENTIAL

# MortgageIT

Lending Guide

## Properties, Continued

**FHLMC Condo Class III**

Class III is for existing Projects with proven marketability:

- 100% completion of the project, including all units, common amenities, recreational facilities (must include those that are part of the master association).
- Homeowners in control of the HOA for at least 2-years
- 90% closed sales or under contract to close
- Multiple purchases by one owner are counted as one sale when determining if presale has been met
- Maximum of 40% non-owner occupied units are allowed in the project

✓ LTV/CLTV parameters set by the individual product summaries

✓ Fee simple and approved leasehold estates

✓ Project cannot be subject to additional phasing or annexation

✓ Must be an eligible project

✓ If the appraisal (or legal documents) indicates the condominium project is located in an area that has passed inclusionary zoning restrictions, it must meet the criteria outlined in this Lending Guide.

✓ Blanket insurance coverage for the project relative to fire, hazard, flood (if applicable), liability and fidelity bond (if more than 20 units).

### Required Documentation

✓ Appraisal (FHLMC 465) on the subject unit

✓ Condo Questionnaire

*Continued on next page*

CONFIDENTIAL

Lending Guide

# MortgageIT

## Properties, Continued

**Condos - Limited Project Review**

When the property is eligible for a Fannie Mae Limited/Freddie Mac Streamlined review, the evaluation of the condominium or PUD project to determine if the project satisfies the criteria for Fannie Mae or Freddie Mac project warranty is not required.  A limited/streamline review is eligible for attached/detached condo and attached PUD projects (detached PUD projects do not require project review).

MortgageIT requires the following criteria for a loan to be underwritten under the Limited/Streamline Review Process.

| Requirement | Manual Underwrite (when permitted) | AUS & AUS-Assisted |
|---|---|---|
| Eligibility of Limited/Streamline Review | ✓ Primary Residence of 80.00% LTV or less <br> ✓ Second Homes of 70.00% LTV or less | AUS Certificate must indicate Limited Review <br><br> All products except Conventional Conforming FRM are subject to the "Manual Underwriting" LTV restrictions |
| Eligible Occupancy | Owner-Occupied Primary and Second Homes only | Eligible Occupancy determined by AUS |
| Secondary Financing | Secondary Financing not allowed | Secondary Financing not allowed |
| Eligible Project Warranty | All units and phases, common areas and facilities within project have been completed | Eligible Project Warranty determined by AUS |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573261

 **Lending Guide**

## Properties, Continued

**Condos – Limited Review** (continued)

**Limited Review Documentation**   If the appraisal (or legal documents) indicates the condominium project is located in an are that has passed inclusionary zoning restrictions, it must meet the criteria outlined in this Seller Guide.  (See <u>Condos – Inclusionary Zoning Restrictions</u>).

✓ Blanket insurance coverage for the project relative to fire, hazard, flood and earthquake (if applicable).

✓ Appraisal (FHLMC 465) on the subject unit.

✓ The Fannie Mae transmittal (1008) or the AUS findings must indicate the project is a "Limited Review"

**NOTE:**  Underwriter must note on the top of the Underwriting and Transmittal Summary Form (1008) that the project review was in accordance with Fannie or Freddie requirements.

| Occupancy | Maximum LTV/CLTV | |
|---|---|---|
| | **AUS & AUS-Assisted Underwriting** | **Manual Underwriting** |
| Primary/Owner-Occupied | All LTVs/CLTVs as long as the AUS finding states Limited Review is acceptable | $\leq$ 80.00% |
| Second Home | $\leq$ 75.00% | $\leq$ 75.00% |
| Investment | $\leq$ 75.00% | Not Permitted |

*Continued on next page*

CONFIDENTIAL   ML_MassMutual_285-00573262

Lending Guide **MortgageIT**

## Properties, Continued

**Non-Warrantable Condos**

Non-warrantable condominiums do not meet the standard agency guidelines for condos.  Non-warrantable condominiums are eligible only under select loan programs.  They must meet the following criteria, parameters may be applied to the entire project or the subject's legal phase):

✓ Project must not be an ineligible Condominium project as defined by FNMA

✓ Common areas must be 50% complete

✓ 33% to be sold or under contract

✓ Investor concentration less than 50%

✓ Project cannot contain manufactured home units

✓ Ownership in the project units must be fee simple (leasehold are not acceptable)

✓ No single investors owns more than 10% of units

✓ Units must be at least 600 square feet

✓ Minimum project of 10 units

✓ Project does not offer amenities that would be considered "hotel-type" services

✓ Project does not have an off site rental service

✓ All conversion rehabilitation work must be completed

✓ A copy of the engineer's or architect's report, which must comment favorably on the quality of construction and compliance with code requirements, must be obtained

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573263



Lending Guide

## Properties, Continued

**Land Contracts**   A land contract, also known as an installment land contract or a contract for deed, is a real estate agreement between a buyer and seller, whereby the buyer may use and occupy the property.  However, the deed from the property seller to the buyer may not be recorded until all or a specified part of the sales price has been paid.  The buyer does not obtain the transfer of title until the land contract is paid; however, if the land contract is recorded, it should be reflected in the chain of title in the title report.

| Purchase versus Refinance | | |
|---|---|---|
| **Criteria** | **Purchase** | **Refinance** |
| LTV | The lesser of current appraised value or total acquisition cost.<br><br>**NOTE:** If the land contract was executed more than 12 months prior to the date of the application, it must be considered a refinance.  It may not close as a purchase | For A Limited Cash Out Refinance, the LTV is based on current appraised value. Cash out is not allowed. **NOTE:** If the land contract is not recorded, use the date signed by all parties as the in place date. |
| **Acquisition Cost** | Total acquisition cost is calculated as:  Purchase price as indicated in the original land contract plus, any documented costs for rehabilitation, renovation, refurbishment or energy conservation. | Total acquisition cost is calculated as:  Purchase price as indicated in the original land contract plus, any documented costs for rehabilitation, renovation, refurbishment, or energy conservation. |
| **No Cash Out** | No loan proceeds may be disbursed to the borrower unless they are for documented costs for completed rehabilitation, renovation, refurbishment or energy conservation | |

*Continued on next page*

CONFIDENTIAL   ML_MassMutual_285-00573264

Lending Guide

# **MortgageIT**

## **Properties,** Continued

### Land Contracts, Continued

| Criteria | Purchase | Refinance |
|---|---|---|
| **Land Contract** | A copy of the land contract is required. The land contract does not have to be recorded. | A copy of the land contract is required. The land contract does not have to be recorded. |
| **Payment History** | Not Applicable | ✓ Verification must show the borrower has been making the payments<br>✓ 12 month cancelled checks are required<br>✓ A VOM is acceptable with institutional lender or if the loan received an accept recommendation from AUS<br>✓ Non-Arms length requires cancelled checks |
| **Completion of Improvements** | If the appraisal is made subject to the completion of any improvements, a 442 is required. | If the appraisal is made subject to the completion of any improvements, a 442 is required. |

CONFIDENTIAL

ML_MassMutual_285-00573265

# MortgageIT

Lending Guide

# Cooperatives (Coops) – Retail Division Only

**Overview**

A cooperative project is a multi-family residential dwelling that has the following characteristics.  Only **MortageIT Retail** branches may originate Cooperative share loans.

- ✓ A corporation holds title to the property
- ✓ Buyers gain ownership by receiving shares of stocks
- ✓ A propriety lease or occupancy agreement exists
- ✓ Management of the corporation is done by a managing agent

**Geographic Restrictions**

Allowed in the following:

- ✓ New York's City five boroughs: Brooklyn, Bronx, Manhattan, Queens and Staten Island.
- ✓ New York: Counties of Nassau, Suffolk and Westchester.
- ✓ New Jersey: Counties of Bergen, Essex, Hudson, Middlesex, Monmouth, Morris, Passaic, Somerset, and Union.

**Coop Properties require Project Approval by MortgageIT**

MortgageIT maintains a database of acceptable projects and will not lend on more than 20% of the total units in a project.  The database provides preliminary approval only on the project ALL projects are subject to receipt of updated financials, a coop questionnaire that meets project standards AND designated MortgageIT underwriter approval.  Contract underwriters are not eligible to approve coops.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573266

Lending Guide

# MortgageIT

# Cooperatives (Coops) – Retail Division Only, Continued

**Project Approval Standards**

**Type 1 Project**

Basic Eligibility Criteria:

- ✓ Project cannot be subject to additional phasing or annexation
- ✓ Construction of the project must be complete
- ✓ If the project is a conversion, the conversion and all rehabilitation work must be complete.
- ✓ At least 51% of the project units must have been sold and conveyed as principal residences
- ✓ No more than 10% of the stock of share in the cooperative corporation and the related occupancy rights may owned by any single entity
- ✓ No more than 10% of the owners may be more than 1 month or more delinquent on any financial obligations to the cooperative; this includes monthly maintenance and special assessments.
- ✓ No mortgage on the corporation may be a balloon mortgage with a remaining term of less than three (3) years or may have an adjustable interest feature (ARM)
- ✓ No special assessments or subsidies are allowed if the benefit will expire in the next three (3) years, i.e., assessment abatements.
- ✓ Project's operating budget must be consistent with the nature of the project and must provide adequate cash flow to service current financial obligations of the project
- ✓ Project's operating budget must provide for adequate reserves for expenses and capital replacement

**Pro Rata Share**

Maximum pro rate share is 30%.

**Flip Tax**

Tax amount is deducted from the lower of the purchase price or appraised value if it is greater than 3%.  Flip tax deduction is not required if it is based on profit or has lender exemption.

**Types of Insurance**

All projects must have acceptable property, Hazard, Flood, Liability and Fidelity Insurance.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573267

# MortgageIT

Lending Guide

# Cooperatives (Coops) – Retail Division Only, Continued

| | |
|---|---|
| **Hazard Insurance** | The cooperative corporation must maintain a policy of property insurance. The premiums are part of the common expenses.  The policy must cover the entire project, including the individual units for fire and all other hazards.<br>• Guaranteed replacement cost endorsement – replacement of the insurable property without regard to cost; or<br>• Replacement cost endorsement – 100% of the insurable replacement cost. |
| **Hazard Insurance Deductible** | Unless state law requires a higher deductible, the maximum deductible is:<br>• The lesser of $10,000 or 1% for the replacement of common elements<br>• The higher of $1,000 or 1% for the replacement of individual units |
| **Required Special Endorsements** | ✓ Inflation guard is preferable<br>✓ Building Ordinance or Law Endorsement<br>• To insure any losses from the enforcement of any building, zoning or land-use laws that will result in losses or damage, increased repair or reconstruction and the associated contingent liabilities that may result.<br>✓ Steam Boiler or Machinery Coverage for projects with central heating and/or cooling<br>• Minimum of $2 million or the insurable value of the building and/or machinery |
| **Flood Insurance** | If any parts of the cooperative corporations building or improvements are in a special flood hazard area, the cooperative corporation must maintain a "Master" or blanket policy of flood insurance.  The premiums for this insurance must be part of the common expenses of the project.<br>Required for the following special flood hazard areas:<br>✓ AE, AH, AR, A1-30, A-99, V, VE, V1-30 and VO. |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573268

Lending Guide

# **MortgageIT**

# **Cooperatives (Coops) – Retail Division Only,** Continued

**Flood Coverage Amount**

The amount of coverage should be at least equal to the lesser of 100% of the insurable value of each building including, common element and property of the coverage must be the maximum available under the applicable National Flood Insurance Program.

**Flood Deductible**

Unless state law requires a higher deductible, the maximum deductible is the lesser of $5,000 or 1% of the policy's face value.

**Liability Insurance**

The cooperative corporation must maintain a commercial general liability insurance policy for the entire project.  The insurance should provide coverage for bodily injury and property damage resulting from the operation, maintenance or use of the common areas and elements.

The insurance must cover the following:

✓  All common areas and elements

✓  Public Ways

✓  Any areas under the cooperative corporation's supervision

✓  Commercial spaces

**Liability Coverage Amount**

✓  At least $1 million for bodily injury and property damage

✓  At least $3 million if the building has elevators

The policy must contain a "severability of interest" clause for claims by unit owners and the policy must provide for at least ten (10) days written notice before an insurer can cancel or substantially modify a policy.

**Fidelity Insurance**

Cooperative corporations consisting of project with more than 20 units must maintain fidelity insurance.  If state law provides for statutory limits that differ from our guidelines we will accept the state fidelity insurance requirements.

The cooperative corporation must have blanket fidelity insurance coverage for anyone who either handles (or is responsible for) funds that it holds or administers.

If the property has a separate management agent that handles the funds for the cooperative corporation proof of insurance will be required that meets the same coverage requirements.

*Continued on next page*

CONFIDENTIAL

# MortgageIT

**Lending Guide**

## Cooperatives (Coops) – Retail Division Only, Continued

| | |
|---|---|
| **Fidelity Coverage Amount** | At least the maximum funds that will be in the custody of the cooperative corporation or management agent at any time. |
| **Cooperative Attorneys** | Only Attorney's provided by MortgageIT may be utilized as the closing attorney for MortgageIT. |
| **Cooperative Documents** | Refer to the cooperative loan procedures for information. |
| **Appraisals** | Only approved appraisal vendors may provide appraisals for cooperative apartments.  Refer to the cooperative loan procedures for information. |
| **Combining Units** | Permitted only on a case-by-case basis.  Consult your Regional Credit Manager for parameters and requirements. |
| **Ineligible Cooperative Projects** | ✓ Cooperative Hotels<br>✓ Timeshare or segmented ownership projects<br>✓ Multi-dwelling units<br>✓ Non-Conforming Zoning if the project cannot be rebuilt<br>✓ Leasehold Estates<br>✓ Tax sheltered leasing of land and/or improvements to cooperative corporations<br>✓ Limited equity cooperatives – projects that place restrictions on the amount of profit a borrower can receive on the sale of an individual unit<br>✓ Projects with units subject to any resale requirements that can adversely affect MortgageIT's interest in the property<br>✓ Projects in the which the developer or sponsor has interest other than the interest or rights in relation to unsold units<br>✓ Projects subject to current litigation |

CONFIDENTIAL

ML_MassMutual_285-00573270

Lending Guide 

# Escrow (Completion) Holdback

**Overview**

MortgageIT currently does not purchase loans subject to escrow (completion) holdbacks other than weather related.

All holdbacks are subject to approval by MortgageIT Management and/or Underwriters.

**Holdback Parameters**

✓ Minor weather related repairs
✓ Non-structural completion
✓ Funds must be held by the title/escrow company
✓ 1.5 times the completion cost must be held
✓ Maximum 90 days to complete
✓ Must be approved by a Credit Manager

CONFIDENTIAL

ML_MassMutual_285-00573271

# MortgageIT

Lending Guide

## Loan Purpose

**Overview**

Note these guidelines should be used only to determine whether a transaction should be underwritten as a purchase or a refinance. Federal or State laws may categorize the transaction differently for disclosure purposes.

**Purchase Transactions**

A purchase transaction is one in which the proceeds are used to finance the purchase of a home. For underwriting of both agency and non agency loans this also includes:

- ✓ A mortgage transaction in which the proceeds are used to retire an outstanding balance on an installment land contract within 12 months of the loan application, including costs incurred for rehabilitation, renovation or energy conservation improvements.

- ✓ A new mortgage created by modifying an interim construction loan within 180 days from completion as long as the borrower does not receive cash back at closing.

- ✓ If the conversion occurs more than 180 days after completion, the transaction must be treated as a refinance.

**Limited Cash Out Refinance**

A limited cash out (also known as rate term) refinance transaction enables a borrower to pay off his or her existing mortgage by obtaining a new first mortgage that is secured by the same property.

Generally, a limited cash-out refinance transaction can be used to enable the borrower to modify the interest rate and/or term for his or her existing mortgage, to finance the payment of closing costs (including prepaid items), to pay off some subordinate liens, and to receive a small amount of additional funds from the transaction.

*Continued on next page*

CONFIDENTIAL

Lending Guide

# **MortgageIT**®

## **Loan Purpose,** Continued

**Limited Cash Out Refinance,** (continued)

Restrictions: If the security property is located in a declining market, the refinance mortgage will not be eligible for maximum financing terms. Additionally, the amount of the new refinance mortgage is limited to the unpaid principal balance of the existing first mortgage (rounded up to the next $100) and the borrower may receive no additional funds from the transaction. If there are existing subordinate liens against the property, the borrower must either use his or her own funds to pay off the outstanding subordinate debt or re-subordinate the debt to the new refinance mortgage.

In other instances, a limited cash-out refinance transaction may consist of the following components—although there are some differences for a Texas Section 50(a)(6) mortgage:

- ✓ The unpaid principal balance, including any associated payoff fees, of the existing first mortgage;
- ✓ Closing costs (including all prepaid items) and points;
- ✓ The pay off of the outstanding principal balance of any existing subordinate mortgage that was in whole to acquire the subject property;
- ✓ Other funds for the borrower's use (as long as the amount does not represent more than the lesser of $2,000 or 2% of the amount of the new refinance mortgage).

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573273

# MortgageIT

Lending Guide

## Loan Purpose, Continued

**Buyout Refinance**

MortgageIT will also treat an inheritance or divorce settlement in which one spouse is required to "buy-out" the interests of the other spouse or any other refinancing in which an owner "buys-out" the interests of another owner as a limited cash out refinance—as long as the following conditions are satisfied:

- ✓ Security property must have been jointly owned by all parties for at least the 12 months preceding the date of the mortgage application. Seasoning is not required for inherited property.
- ✓ All parties must be able to demonstrate that they occupied the security property as their principal residence, by providing an acceptable source of verification—such as a driver's license, bank statement, credit card bill, utility bill, etc. that was mailed to the individual at the address of the security property.  Occupancy is not required for inherited properties.
- ✓ All parties must sign a written agreement that states the terms of the property transfer and the proposed disposition of the proceeds from the refinancing transaction.
- ✓ Borrower who acquires sole ownership of the property may not receive any of the proceeds of the refinancing.
- ✓ Party who is "buying out" the other party's interest must be able to qualify for the mortgage under our standard underwriting guidelines.
- ✓ Legal Separation or Divorce Decree.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573274

Lending Guide

# **MortgageIT**

## **Loan Purpose,** Continued

**Cash Out Refinance**

A cash-out refinance transaction enables a borrower to pay off his or her existing mortgage by obtaining a new first mortgage that is secured by the same property (or enables the property owner to obtain a mortgage on a property that does not already have a mortgage lien against it). The borrower is able to take out much of the equity he or she has in the property and to use the proceeds for any purpose.

MortgageIT does not permit cash-out refinance transactions for mortgages that are subject to temporary interest rate buydown plans.  Before using a cash-out refinance transaction for an existing Texas Section 50(a)(6) mortgage, obtain information about the special treatment that may be needed to assure that the transaction will comply with applicable Texas law.

**NOTE:** The mortgage amount for cash-out refinance transactions may include the unpaid principal balance of the existing first mortgage, closing costs, points, the amount required to satisfy any outstanding subordinate mortgage liens of any age, and additional cash that the borrower may use for any purpose.

**IMPORTANT:**  The Purpose of Refinance must be accurately completed on the borrower's application (1003).

**Quit Claim Seasoning**

Seasoning is not required if the borrower can provide occupancy documentation for the subject property.   If the borrower does not currently occupy the subject property, then the transaction is to be treated as a purchase transaction.

*Continued on next page*

CONFIDENTIAL

# **MortgageIT**

Lending Guide

## **Loan Purpose,** Continued

**Recently Purchased Properties**

| Seasoning Requirements | |
|---|---|
| Conforming Loan Size | Minimal seasoning[1] required to utilize appraised value |
| Equity Loan/Line | Minimal seasoning[1] required to utilize appraised value |
| Non-Conforming Loan Size | Limited Cash Out – Minimal seasoning[1] <br> Cash Out – 6 month seasoning from date of purchase or transfer |
| ARM and Platinum ARM | <u>Conforming</u> <br> Minimal seasoning[1] required to utilize appraised value |
| | <u>Non-Conforming</u> <br> Limited Cash Out – Minimal seasoning[1] <br> Cash Out – 6 month seasoning from date of purchase or transfer |
| ALT-A ARM/Fixed and Gold ARM | Limited Cash Out – Minimal seasoning[1] <br> Cash Out – 6 month seasoning from date of purchase or transfer |
| PayOption ARM | Limited Cash Out – Minimal seasoning[1] <br> Cash Out – 12 months seasoning from date of purchase or transfer |

**NOTES:**

1. The borrower must be in title at the time of initial application.  Proof of ownership may include but is not limited to, the property appraiser's analysis and conclusions in the appraisal report, a copy of the recorded deed or mortgage, a copy of recent property tax bill or tax assessment notice, a title report or a title commitment.  The items should demonstrate the seller's ownership of the property and the date it was acquired.

**IMPORTANT:**  The property value and appraisal will be subject to strict underwriting review.  The underwriter may at their discretion request additional documentation to support any significant increases in value.  This may include but, is not limited to an AVM, desk review or field review.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573276

Lending Guide

# MortgageIT

## Loan Purpose, Continued

**Listed for Sale**

Homes listed for sale within the most recent 6 months are not permitted for cash out refinance transactions.

**NOTE:** Currently listed properties are not eligible for limited cash out refinance transactions. Borrower must provide documentation of cancelled MLS listing or similar documentation to proceed with a limited cash out refinance.

CONFIDENTIAL

ML_MassMutual_285-00573277

# MortgageIT

Lending Guide

## Temporary Buydowns

**Overview**

Temporary buydowns allow for the borrower to reduce an initial period of mortgage payments through direct payment from an interested party of the loan transaction.  The purpose of a temporary buydown is to assist the borrower in qualifying for the mortgage.

**Source of Buydown Funds**

Funds may be provided by any source or combination of sources, including family members and interested parties to the loan transaction.  If the funds are contributed by an interested party, the funds may be subject to Agency interested party contribution limits.

**Terms**

An interest rate buydown plan must provide for a buydown period not greater than 36 months and decreases of not more than 1% in the portion of the interest rate paid by the borrower in each 12-month interval.  Refer to product guidelines for specific buydown terms available.

**Documentation**

A buydown agreement detailing the terms must be signed at closing.

*Continued on next page*

CONFIDENTIAL

Lending Guide 

# Temporary Buydowns, Continued

**Calculation Example**

Example for:

3/2/1 Buydown Type for $100,000 loan amount, 7.00% note rate at 30 year amortization.

| Year 1 | |
|---|---|
| Note Rate Monthly P&I | $665.30 |
| 1st Year Payment Rate at 4.000% | $477.42 |
| 1st Year Monthly Buydown | $187.88 |
| 1st Year Buydown Amount | $2,254.56 |
| **Year 2** | |
| Note Rate Monthly P&I | $665.30 |
| 1st Year Payment Rate at 5.000% | $536.82 |
| 1st Year Monthly Buydown | $128.48 |
| 1st Year Buydown Amount | $1,541.76 |
| **Year 3** | |
| Note Rate Monthly P&I | $665.30 |
| 1st Year Payment Rate at 5.000% | $599.55 |
| 1st Year Monthly Buydown | $65.75 |
| 1st Year Buydown Amount | $789.00 |
| **Total Buydown Amount – sum of each annual buydown** | |
| $4,585.32 | |

**Buydown Calculator**

A copy of MortgageIT's buydown calculator is available for employees only at MITNET/Shared Services/Reports/Shared Services/Capital Markets/Buy Down Worksheet.

CONFIDENTIAL

ML_MassMutual_285-00573279

# MortgageIT

Lending Guide

## Mortgage Insurance

| | |
|---|---|
| **Overview** | Mortgage Insurance is required on loans with a loan to value (LTV) over 80.00%.  Unless otherwise restricted in the product guidelines, MortgageIT will accept the private mortgage insurers noted in the "Approved Mortgage Insurance Companies" matrix below. |
| **Approved MI Companies** | The matrix below lists the private mortgage insurance companies currently approved by MortgageIT. |

| Approved Mortgage Insurance Companies | |
|---|---|
| ✓ GE – (Genworth) GE Capital Mortgage Insurance Corporation | ✓ Radian Guaranty, Inc. |
| ✓ MGIC – Mortgage Guaranty Insurance Company | ✓ RMIC – Republic Mortgage Insurance Company |
| ✓ PMI- PMI Mortgage Insurance Company | ✓ UGI- United Guaranty Residential Insurance Corporation |
| **NOTE:** MortgageIT reserves the right to add or remove companies to this list at their sole discretion. | |

CONFIDENTIAL                                         ML_MassMutual_285-00573280

Lending Guide 

# Subordinate Financing

**Overview**

Second Trust Deeds, junior liens and subordinate liens (secondary financing) are defined as mortgages that have rights that are secondary to a first mortgage.

These are encumbrances on real estate (for example, a second mortgage, a tax lien or mechanic's lien) where the priority of the secondary financing is inferior to that of another recorded interest in the same property.

**Requirements and Restrictions**

Requirements and restrictions apply to new subordinate financing versus existing financing:

✓ Maximum Combined Loan to Value (CLTV/HCLTV) ratio of the first and second must not exceed the limit outlined by these guidelines and by the Product matrix.

✓ Certified copy of the executed second Note and Subordination Agreement must be provided to confirm loan amount, payment terms, and lien status.

✓ Subordination agreement must be recorded concurrently with the first Mortgage/Deed of trust if an existing second will remain.

✓ Secondary financing must have a term of no less than five years, unless the financing fully amortizes prior to that time

✓ Financing must not permit the Note holder to "call" the financing within the first five years following loan closing.

✓ Interest rate on the Note must be at market rates.

✓ Secondary financing must not have a negative amortization feature.

✓ Term of the Note must provide for regular monthly payments of at least interest only.

✓ Monthly payments on the secondary financing must be included in the borrower's ratios.

✓ Payments may be graduated or variable, as long as the annual payment adjustments of the second do not exceed a 2% interest rate increase.

✓ Existing subordinate liens may be a private party, owner-carry second from the owner of the property, and other private party, or an institutional lender unless otherwise restricted within specific product guidelines.

CONFIDENTIAL

ML_MassMutual_285-00573281

# MortgageIT

Lending Guide

# Ratio

**Calculation**

A borrower's debt-to-income ratio is a comparison of the borrower's total monthly obligations to the borrower's stable monthly income.  Total monthly obligations are the sum of:
- ✓  P&I payments on the mortgage
- ✓  Hazard insurance premiums
- ✓  Real Estate Taxes

Any applicable charges for:
- ✓  Mortgage insurance premiums
- ✓  Leasehold payments
- ✓  Homeowner's association dues or condominium maintenance fees, excluding utility charges
- ✓  Payments on secondary financing

As a benchmark, the monthly housing expense should not be greater than 28% of the borrower's stable monthly income.  The borrowers may exceed these ratios with strong compensating factors.

If there are non-occupying co-borrowers, the occupying borrower's housing expense-to-income ratio must not exceed 35% of the occupant borrower's monthly income.

The borrower's ability to pay the monthly housing expense, in addition to other monthly obligations, must be carefully measured.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573282

Lending Guide

# MortgageIT®

## Ratio, Continued

**Calculation,** Continued

Maximum Ratio

As a benchmark, the monthly debt should not be greater than 33% to 36% of the borrower's stable monthly income.  A higher monthly payment ratio may be appropriate in some cases.

If there are non-occupying co-borrowers, the occupying borrower's monthly debt payment-to-income ratio must not exceed 43% of the occupant borrower's monthly income.

**NOTE:**

For Manually Underwritten Mortgages, ratios may be also exceeded with strong compensating factors such as:

✓  Higher Reserves

✓  Lower LTVs

✓  Higher Credit Scores

✓  For any Manually Underwritten Mortgage for which the gap ratio guideline is exceeded, a written explanation justifying the Underwriter's decision must be prepared and retained in the Mortgage file.  (Gap ratio is the difference between monthly debt-to-income ratio and the monthly housing-to-expense ratio).  As a guideline, the debt-to-housing should not exceed 15%.

| | |
|---|---|
| **Revolving Debt** | For cash out refinances if any portions of the loan proceeds are being used to pay off debts for qualification purposes, the underwriter is not required to count a minimum amount against the debt ratio.<br>**NOTE:**  Refer to Paying Off Debt Section for additional details. |
| **Installment Debt** | Installment debts being paid off or paid down to 10 months do not need to be included in the total debt ratio.  It is the underwriter's discretion to include paid down installment debt within the debt to income ratio.  Verification that the debt has been paid must be provided by one of the following:<br>✓  A copy of the HUD-1<br>✓  A supplemental credit report<br>✓  Verification from the creditor<br>✓  Refer to Paying Off Debt Section for additional details |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573283

# **MortgageIT**

# Lending Guide

## **Ratio,** Continued

| | |
|---|---|
| **Paying off Debt** | Paying off revolving and/or installment debt to qualify for a mortgage is strongly discouraged on purchase transactions and must be reviewed closely by the underwriter. |

**Monthly Payment Debts**

The monthly debt payment is the sum of the following monthly obligations:

- ✓ Monthly housing expense
- ✓ Installment debts with 10 or fewer monthly payments should also be considered as a recurring monthly obligation if it significantly affects the borrower's ability to meet his or her credit obligations.
- ✓ If no minimum payment is reflected on the credit report, use 5% of the balance in the debt to income ratio.
- ✓ **Exception:** Payments on all automobile and non-automobile leases, regardless of the remaining number of payments, must be included in the calculation of recurring monthly expenses.
  - Monthly Payments (or 5% of the outstanding balance if a monthly payment is not provided) on revolving accounts regardless of the balance.
  - Aggregate negative net rental income from all investment properties owned.
  - Monthly mortgage payment for second home.
  - Payments on all deferred loans (i.e., student loans and loans in forbearance). If a payment is not indicated on the credit report, a copy of the borrower's payment letter or forbearance agreement is required to determine the payment amount to use in calculating the borrower's total monthly obligations.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573284

Lending Guide                                    

# **Ratio,** Continued

| | |
|---|---|
| **Co-Signed Obligations** | Co-signed obligations, for mortgages and installment loans, can be excluded from recurring monthly expenses if all of the following documentation is provided: |

   ✓  Twelve months of cancelled checks that show payments have been made by another party.

   ✓  If the account on loan has been in existence for less than 12 months, the full payment of the co-signed account is considered a liability and must be used in calculating the debt ratio.

   ✓  Verification that there have been no delinquencies on the account during the most recent 12 months.

| | |
|---|---|
| **Student Loans** | Student loans must be included in debt ratio calculation regardless of deferred status. |

CONFIDENTIAL

    Lending Guide

# General Compliance Policies

**Overview**

Loans that violate federal, state or municipal high cost/anti-predatory lending laws will not be tolerated.

To assure a clear and unequivocal understanding of our commitment to a method of doing business that excludes predatory and abusive lending, MortgageIT has adopted an internal 5% policy limit on all total borrower charges and broker compensation (subject to lower state and municipal thresholds), including such broker fees as origination, processing fees, etc.

**Prepayment Fees or Penalties**

Prepayment fees or penalties prohibited under any State, Local or Federal Laws or may create an oppressive financial condition are not permitted.

**Repayment Ability**

MortgageIT does not engage in the practice of making loans unless it is reasonably believed the borrower has the ability to repay the loan based on a consideration of current and expected income, current obligations, employment status, other financial resources or other compensating factors other than the borrower's equity in the dwelling which will secure repayment of the loan as determined through reasonable means in accordance with the underwriting standards and procedures normally observed for the particular loan products.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573286

Lending Guide

# MortgageIT

## General Compliance Policies, Continued

**Code of
Conduct**

MortgageIT is committed to making loans to all applicants in a consistent, fair and reasonable basis striving to conduct our business in an ethical manner with the utmost professionalism.

MortgageIT does not endorse, nor conduct business that may be perceived as "Predatory" in nature.  For example, we will not conduct business with brokers who engage in equity stripping (serial re-financings that strip away borrower equity), flipping (re-financing loans with little or no benefit to the borrower) and packing (including superfluous hidden expenses and fees in a loan).

MortgageIT conducts its business in an ethical, fair and reasonable manner, maintaining an environment that encourages fair and equitable treatment of all customers within the spirit of fair lending laws.

All borrowers will be treated fairly with regard to loan pricing, underwriting and service of the loan request irrespective of race, color, age, gender, marital status, disability or national origin.

MortgageIT respects its borrower(s) privacy data and comply with all anti-dissemination laws and rules relating to such, including, but not limited to the provisions of the Gramm-Leach-Bliley Act.

All products are offered to the largest spectrum of borrowers to avoid targeting minorities with specific loan programs.

**MortgageIT underwrites all loan products in a sound and consistent manner always considering foremost the customers ability to repay.**

CONFIDENTIAL

ML_MassMutual_285-00573287



Lending Guide

# Documentation Types

| | |
|---|---|
| **Introduction** | Documentation types include:<br>✓ Full/Alt<br>✓ Stated Income/Verified Assets (SIVA)<br>✓ No Ratio (NR)<br>✓ No Documentation (No Doc)<br>✓ Stated Income/Stated Asset (SISA)<br><br>Refer to the applicable product summary for additional requirement, features or restrictions. |
| **Full/Alt Documentation** | A loan processed using Full/Alt documentation requires certain information to be confirmed directly, using verifications or alternative documentation which may include pay stubs, W-2's, bank statements and/or copies of a borrower's signed tax return(s).<br><br>Copies, including facsimile copies, are acceptable provided that it is clear from the document that the information was taken from the original document (NO corrections or alterations); if faxed, that it was sent directly from source.  The Underwriter reserves the right to require that original documents be provided.<br><br>**NOTE:** It is not acceptable to go from Full/Alt Documentation, SIVA or No Ratio to a No Doc loan.  It is acceptable to go to a document that requires more information and/or documentation provided the borrower ***re-signs*** the 1003 to acknowledge the changes and/or additions from the original information provided. |

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573288

Lending Guide

# MortgageIT

---

## Documentation Types, Continued

---

**Stated Income Verified Asset (SIVA)**

When permitted by the applicable product summary, the following guidelines apply:

- ✓ A Stated Income Verified Asset (SIVA) loan relies on "stated" income as it appears on the loan application.
- ✓ Borrower must be salaried, commissioned or self-employed. Borrowers whose main source of income is from other sources (i.e. alimony, child support, retirement, etc.) may be eligible at the underwriter's discretion.
- ✓ If salaried, a minimum two years employment in the same field is required. If self-employed, the borrower must have owned and operated the business for at least two years.
  - • **SPECIAL NOTE:** Applicable product guides may specify the borrower must have been in the same geographic area for two years. Borrowers employed by a relative or in a family business must be switched to Full/Alt doc loan.
- ✓ Borrower's income, profession and tenure must be evaluated in conjunction with assets, liabilities and net worth to establish the reasonableness of the stated income.
- ✓ A verbal VOE (*not income*) **is required** to verify employment.
- ✓ If self-employed, verify the existence of the business.
- ✓ For 4506-T requirements refer to the specific product summary.
- ✓ If the borrower's primary income information appears on the RMCR, Tri Merge, verbal VOE, bank statement or any other document other that the 1003, the loan must be switched to a Full/Alternative documented loan.

---

*Continued on next page*

CONFIDENTIAL                                      ML_MassMutual_285-00573289

 **Lending Guide**

## Documentation Types, Continued

**No Ratio**

When permitted by the applicable product summary, the following guidelines apply unless the product summary contains other guidelines or restrictions:

- ✓ A No Ratio loan requires a partially completed 1003 without any income reference; therefore, ratios are not calculated.
- ✓ Loan must be switched to a Full/Alternative documented loan if the borrower's primary income information appears on an RMCR, the verbal VOE or any other document other than a tri-merge.
- ✓ A verbal VOE (*not income*) **is required** to verify employment
- ✓ If self-employed, verify the existence of the business for minimum of two years.
- ✓ If the borrower's primary income information appears on the RMCR, Tri Merge, verbal VOE, bank statement or any other document other that the 1003, the loan must be switched to a Full/Alternative documented loan.

**NOTE:** If the subject loan is for the purchase of a primary residence, it must be clear the borrower will occupy the property as their primary residence.

*Continued on next page*

CONFIDENTIAL                                             ML_MassMutual_285-00573290

Lending Guide



## Documentation Types, Continued

**No Doc**

When permitted by the applicable product summary, the following guidelines apply unless the product summary contains other guidelines or restrictions:

- ✓ 1003 without disclosure or reference to employment, income, assets or liabilities.

- ✓ Income or employment information disclosed on a tri-merged credit report may be disregarded unless information is specific then loan will be transferred to full/alt document.

- ✓ If primary income information appears on an RMCR or any other document other than a tri-merged credit report, the loan must be switched to a Full/Alternative documented loan.

- ✓ Income, employment and assets are NOT verified.  Liabilities are not required to be disclosed by the borrower.  If disclosed must be reconciled to the credit report.

**NOTE:**  If the subject loan is for the purchase of a primary residence, it must be clear the borrower will occupy the property as their primary residence.  If the current address for the borrower on the application indicates the borrower currently owns a primary residence, a copy of the lease agreement or closing statement on the existing property must be provided prior to closing on the new purchase.

*Continued on next page*

CONFIDENTIAL

ML_MassMutual_285-00573291



Lending Guide

## Documentation Types, Continued

| | |
|---|---|
| **Stated Income/ Stated Assets (SISA)** | When permitted by the applicable product summary, the following guidelines apply unless the product guide contains other guidelines, or restrictions: |

   ✓ Borrower must be salaried, commissioned or self-employed. Borrowers whose main source of income is from other sources (i.e. alimony, child support, retirement, etc.) may be eligible at the underwriter's discretion.

   ✓ If salaried, a minimum two years employment in the same field is required.  If self-employed, the borrower must have owned and operated the business for at least two years.

      • **SPECIAL NOTE:** Applicable product guides may specify the borrower must have been in the geographic area for two years. Borrowers employed by a relative or in a family business must be switched to Full/Alt doc loan.

   ✓ Borrower's income, profession and tenure must be evaluated in conjunction with assets, liabilities and net worth to establish the reasonableness of the stated income and stated assets.

   ✓ A verbal VOE (not income) **is required** to verify employment

   ✓ If self-employed, verify existence of the business

   ✓ For 4506-T requirements, refer to product summary.

   ✓ If the borrower's primary income information appears on the RMCR, Tri Merge, verbal VOE or any other document other that the 1003, the loan must be switched to a Full/Alternative documented loan.

CONFIDENTIAL

ML_MassMutual_285-00573292

Lending Guide

# MortgageIT

This page is intentionally left blank.

CONFIDENTIAL