# EXHIBIT 11

# David Armillei

| | |
|---|---|
| **From:** | Mundia, Christine [cmundia@cgsh.com] |
| **Sent:** | Tuesday, June 09, 2015 9:13 AM |
| **To:** | Claire Hausman |
| **Cc:** | MassMutual |
| **Subject:** | RE: Business Records Affidavit of Citadel LLC - MassMutual Actions |
| **Attachments:** | 585045_3(Citdael-ResMAE Affidavit 060815).doc |

Please see attached the document we plan to execute by tomorrow. There are slight edits from what you received last.

Please let us know your comments or thoughts.

_____

Christine Mundia
Cleary Gottlieb Steen & Hamilton LLP
Assistant: ccashin@cgsh.com
2000 Pennsylvania Avenue, NW
Washington, DC 20006
t: +1 202 974 1781 | f: +1 202 974 1999
www.clearygottlieb.com | cmundia@cgsh.com

**From:** Mundia, Christine
**Sent:** Tuesday, June 09, 2015 10:23 AM
**To:** 'Claire Hausman'
**Cc:** MassMutual
**Subject:** RE: Business Records Affidavit of Citadel LLC - MassMutual Actions

Claire,

I should have a newer copy for you today. It will vary slightly from the version sent on May 20, 2014 but should be sufficient for your requirements.

We plan to execute by end of day tomorrow.

_____

Christine Mundia
Cleary Gottlieb Steen & Hamilton LLP
Assistant: ccashin@cgsh.com
2000 Pennsylvania Avenue, NW
Washington, DC 20006
t: +1 202 974 1781 | f: +1 202 974 1999
www.clearygottlieb.com | cmundia@cgsh.com

**From:** Claire Hausman [mailto:ClaireHausman@quinnemanuel.com]
**Sent:** Monday, June 08, 2015 7:07 PM
**To:** Mundia, Christine
**Cc:** MassMutual
**Subject:** Business Records Affidavit of Citadel LLC - MassMutual Actions

Christine,

Ten weeks ago, we requested that Citadel execute a short, simple business records affidavit to certify the loan files and underwriting guidelines that Citadel produced in the MassMutual Actions. Despite numerous follow-up telephone calls, and multiple statements by you that Citadel intends to execute a business records affidavit, we have not received an executed affidavit. Nor has Citadel provided any reason why it cannot execute a business records affidavit. Indeed, Citadel has sent two revised versions of the draft business records affidavit that it has stated are acceptable to it.

The first day of trial in the 039 Action is a little over a month away, and the parties' pretrial memorandum is due to be filed with the Court in a week. The issues surrounding Citadel's production must be resolved now. By June 10, 2015, please execute and send us the business records affidavit you circulated on May 20, 2015. Otherwise, MassMutual will have no choice but to file a motion in the 039 Action requesting that the Court order that the documents produced by Citadel be deemed admissible business records, or in the alternative, that the Court order Citadel, if it continues to fail to provide a business records affidavit in accordance with Federal Rules of Evidence 803(6) and 902(11), to produce Theresa Whitecotton for deposition and produce the transcript of her deposition in the *FHFA* actions. MassMutual reserves all rights to seek costs and fees if Citadel fails to cooperate in producing a business records affidavit.

Regards,

**Claire Hausman**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3179 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ClaireHausman@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30039-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30044-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30047-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30048-MGM |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>   v.<br><br>J.P. MORGAN Securities LLC, et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30094-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>   v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30126-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>   v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30127-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>   v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>        Defendants. | Civil Action No. 11-cv-30285-MGM |

**AFFIDAVIT OF CITADEL LLC CERTIFYING BUSINESS RECORDS**

[DC 585045_1]

I, Theresa A. Whitecotton, depose and state as follows:

1. This affidavit is made pursuant to Federal Rules of Evidence 803(6) and 902(11) for purposes of authenticating and certifying as business records the documents produced in response to the subpoena served on Citadel LLC. Citadel LLC is the successor-in-interest to Bridgefield Mortgage Corporation f/k/a/ ResMAE Mortgage Corporation.

2. I am over the age of eighteen years and fully competent to make this affidavit. I am not a party to the actions listed above. The facts stated herein are true and correct and are based on my personal knowledge.

3. My official title is Director of Corporate Records for Citadel LLC. My business address is 131 South Dearborn Street, Chicago, Illinois 60603.

4. As Director of Corporate Records, I am qualified and authorized to certify the business records produced pursuant to the Subpoena received by Citadel LLC, which are described further in Appendix A (the "Produced Records").

5. Each of the Produced Records is the original or a duplicate of the original underwriting guideline or loan file held in the custody of Citadel LLC.

6. Citadel LLC acquired the Produced Records from ResMAE Mortgage Corporation ("ResMAE"). To the best of my knowledge, the Produced Records were created at or near the time of the events recorded by personnel or staff of ResMae with knowledge of the facts therein or from information transmitted by someone with such knowledge. To the best of my knowledge, the Produced Records were kept in the ordinary course of ResMAE's business, and it was the regular practice of ResMAE to keep the Produced Records.

7. Upon acquiring ResMAE, Citadel LLC continued to ensure that the Produced Records were maintained and kept in the ordinary course of ResMAE's business. Subsequent to

ResMAE's discontinuing business, it has been the regular practice of Citadel LLC to maintain and keep the Produced Records.

8. Specifically, to the best of my knowledge, ResMAE maintained mortgage records relating to the mortgage loans it originated. Citadel now maintains the mortgage records it obtained from ResMAE. These mortgage records are maintained in accordance with sound and generally accepted industry standards and in such a manner as will permit Citadel's representatives to examine and audit such accounts and records.

Executed under penalty of perjury on this _____ day of May 2015 at Chicago, Illinois.

_____

Theresa A. Whitecotton

Sworn before me, this

_____ day of May 2015

_____

Notary Public

## APPENDIX A

| Documents Produced in Response to the Subpoena | Beginning Bates | Ending Bates |
|---|---|---|
| Underwriting Guidelines from ResMAE Mortgage Corporation | CTDL000001 | CTDL001769 |
| Loan Files from ResMAE Mortgage Corporation | CTDL001770 | CTDL085381 |