**EXHIBIT 12**

# David Armillei

| | |
|---|---|
| **From:** | Claire Hausman |
| **Sent:** | Tuesday, June 09, 2015 9:50 AM |
| **To:** | Mundia, Christine |
| **Cc:** | MassMutual |
| **Subject:** | RE: Business Records Affidavit of Citadel LLC - MassMutual Actions |

Christine – This looks sufficient. We look forward to receiving an executed version tomorrow.

Regards,

**Claire Hausman**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3179 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ClaireHausman@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mundia, Christine [mailto:cmundia@cgsh.com]
**Sent:** Tuesday, June 09, 2015 9:13 AM
**To:** Claire Hausman
**Cc:** MassMutual
**Subject:** RE: Business Records Affidavit of Citadel LLC - MassMutual Actions

Please see attached the document we plan to execute by tomorrow. There are slight edits from what you received last.

Please let us know your comments or thoughts.

_____
Christine Mundia
Cleary Gottlieb Steen & Hamilton LLP
Assistant: ccashin@cgsh.com
2000 Pennsylvania Avenue, NW
Washington, DC 20006
t: +1 202 974 1781 | f: +1 202 974 1999
www.clearygottlieb.com | cmundia@cgsh.com

---

**From:** Mundia, Christine
**Sent:** Tuesday, June 09, 2015 10:23 AM
**To:** 'Claire Hausman'
**Cc:** MassMutual
**Subject:** RE: Business Records Affidavit of Citadel LLC - MassMutual Actions

Claire,

I should have a newer copy for you today. It will vary slightly from the version sent on May 20, 2014 but should be sufficient for your requirements.

1

We plan to execute by end of day tomorrow.

---

Christine Mundia
**Cleary Gottlieb Steen & Hamilton LLP**
Assistant: ccashin@cgsh.com
2000 Pennsylvania Avenue, NW
Washington, DC 20006
t: +1 202 974 1781 | f: +1 202 974 1999
www.clearygottlieb.com | cmundia@cgsh.com

---

**From:** Claire Hausman [mailto:ClaireHausman@quinnemanuel.com]
**Sent:** Monday, June 08, 2015 7:07 PM
**To:** Mundia, Christine
**Cc:** MassMutual
**Subject:** Business Records Affidavit of Citadel LLC - MassMutual Actions

Christine,

Ten weeks ago, we requested that Citadel execute a short, simple business records affidavit to certify the loan files and underwriting guidelines that Citadel produced in the MassMutual Actions. Despite numerous follow-up telephone calls, and multiple statements by you that Citadel intends to execute a business records affidavit, we have not received an executed affidavit. Nor has Citadel provided any reason why it cannot execute a business records affidavit. Indeed, Citadel has sent two revised versions of the draft business records affidavit that it has stated are acceptable to it.

The first day of trial in the 039 Action is a little over a month away, and the parties' pretrial memorandum is due to be filed with the Court in a week. The issues surrounding Citadel's production must be resolved now. By June 10, 2015, please execute and send us the business records affidavit you circulated on May 20, 2015. Otherwise, MassMutual will have no choice but to file a motion in the 039 Action requesting that the Court order that the documents produced by Citadel be deemed admissible business records, or in the alternative, that the Court order Citadel, if it continues to fail to provide a business records affidavit in accordance with Federal Rules of Evidence 803(6) and 902(11), to produce Theresa Whitecotton for deposition and produce the transcript of her deposition in the *FHFA* actions. MassMutual reserves all rights to seek costs and fees if Citadel fails to cooperate in producing a business records affidavit.

Regards,

**Claire Hausman**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3179 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ClaireHausman@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton

LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.