**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) DB STRUCTURED PRODUCTS, INC., et al. ) ) Defendants. ) ) | Civil Action No. 3:11-30039-MGM<br><br>Oral Argument Requested |

**DEFENDANTS' MOTION TO STRIKE THE SUPPLEMENTAL OPINIONS OF STEVEN I. BUTLER REGARDING NEW "DEFECT FINDINGS" AND CHARLES D. COWAN'S SUPPLEMENTAL OPINIONS BASED ON SUCH FINDINGS**

Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert, and Richard Ferguson (together "Defendants") hereby move to strike the additional reasons and explanations as to why loans reviewed by Mr. Steven I. Butler purportedly have material underwriting defects (the "New Defect Findings") and any evidence of extrapolations by Dr. Charles D. Cowan based on them, dated June 12, 2015.

This Motion is based upon Defendants' accompanying Memorandum of Law In Support of Defendants' Motion to Strike the Supplemental Opinions of Steven I. Butler Regarding New "Defect Findings" and Charles D. Cowan's Supplemental Opinions Based on Such Findings, the Declaration of David J. Woll and exhibits thereto, pleadings on file in this action, any matters of which the Court may take judicial notice, and any such further evidence or argument as may be presented on this Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request oral argument on this Motion.

## LOCAL RULE 7.1 CERTIFICATION

I, Kathy B. Weinman, certify that counsel for Defendants have conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues raised in this motion.

Dated: June 25, 2015

By: */s/ Kathy B. Weinman*
Kathy B. Weinman (BBO #541993)
Azure M. Aronsson (BBO #670325)
COLLORA LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aaronsson@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
William T. Russell, Jr. (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
Erika H. Burk (admitted *pro hac vice*)
Meredith C. Duffy (admitted *pro hac vice*)

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
wrussell@stblaw.com
aturner@stblaw.com
eburk@stblaw.com
mduffy@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 25, 2015.

*/s/ Kathy B. Weinman*
Kathy B. Weinman