**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>            v.<br><br>DB STRUCTURED PRODUCTS, INC.; *et al.*,<br><br>                    Defendants. | Civil Action No. 3:11-30039-MGM |

**<u>JOINT MOTION FOR ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert, and Richard Ferguson (collectively, "Defendants" and, together with MassMutual, the "Parties") hereby jointly move the Court to enter an order dismissing the above-captioned action (the "Action") and all claims asserted in the Action with prejudice. In support of this motion, the Parties state as follows:

1. The Parties constitute all the remaining parties to the Action.

2. Pursuant to a settlement agreement, the Parties have agreed that the Action and all claims asserted in the Action shall be dismissed with prejudice, with each Party bearing its own costs and attorney's fees.

WHEREFORE, the Parties respectfully request that the Court dismiss the Action and all claims asserted in the Action with prejudice and without attorneys' fees or costs.

DATED:  August 12, 2015

By: */s/ Molly Stephens*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac vice*)
Richard I. Werder, Jr. (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100

Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100

EGAN, FLANAGAN AND COHEN, P.C.
John J. Egan (BBO 151680)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Fax: (413) 737-0121

*Attorneys for Massachusetts Mutual Life Insurance Company*


By */s/ Kathy B. Weinman*

COLLORA LLP
Kathy B. Weinman (BBO #541993)
Azure M. Aronsson (BBO #670325)
100 High Street, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 371-1000
Fax: (617) 371-1037

SIMPSON THACHER & BARTLETT LLP
Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
William T. Russell, Jr. (admitted *pro hac vice*)
Erika H. Burk (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert, and Richard Ferguson*

**IT IS SO ORDERED.**

DATED: _____

_____
MARK G. MASTROIANNI
United States District Judge